U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN 1 4 2022

CLERK, U.S. DISTRICT COURT
By_____ 9:21
Deputy             am

AFFIDAVIT-CRIMINAL COMPLAINT

RE: <u>assault- & - theft of services</u>

Mr. Rodney Pinson_____,having no other choice as to the requested actions, respectfully asked this court,and the HONORABLE JUDGE, HAL RAY JR.,being a respectable MAGISTRATE JUDGE,to enforce the criminal complaint under the following;

(1)Per- The STATES LIABILITY for PUBLIC SERVANTS conduct of the public servant per, TEXAS CIVIL PRACTICE CODE/REMEDY (TCPR) ch.104,

(2)Per OFFICERS/PUBLIC SERVANTS BOND executed under 28 USC $s 1352,I am requesting that "YOU" serve the offending parties,through the UNITED STATES MARSHALLS SERVICE, with a "BOND REMOVAL NOTICE" -TO WIT- "ARREST WARRANTS" per 28 USC $s 1446 (e),as this complaint comes to you as a criminal complaint of assault and theft of services.And un- der 28 USC $s 1356,SEIZURES/ARREST under federal law-jurisdiction,any seizure/arrest is permited under any law of the UNITED STATES,including "TEXAS LAWS",

(3) The ASSAULT and THEFT OF SERVICES are injuries for the purpose of 28 USC 1357,Thus the DISTRICT COURT -"SHALL" have ORIGINAL JURISDICTION of any civil action commenced by any person,Mr. Rodney Pinson_____,to recover damages for injury to his person or property on account of any act done upon him.For the"<u>protection or collection</u>" of any revenues,or to ENFORCE the rights of a citizen.

(4) The STATE OF TEXAS- "AGENTS/DEFENDANTS, and the TEXAS TECH -AGENTS/DEFENDANTS" are parties that are collusively joined or made,per 28 USC $s 1359,

(5) Mr. R. Pinson_____,seeks this action to enforce,and cause order through this court for "ORDER TO COMP½ELL" the UNITED STATES MARSHALLS through 28 USC $s 1361 to perform the US.MARSHALLS DUTIES to arrest the DEFENDANTS,herein listed on the defendants list/sheet for the offense of assault,and theft of services as herein outlined.

(6)Per law,28 USC $s 1369-TEXAS is a corporation under federal law,and the"FEDERAL GOVERMENT "is a CORPORATION per FEDERAL LAW 28 USC 3002 (15).The FEDERAL GOVERMENT therefore is the PARENT CORPORATION ,while the STATE OF TEXAS is the SOBORDINATE CORP.

<u>aff</u>                    Pg.1

(7) Through the foregoing Mr. R. Pinson _____,28 USC §s 3101-SURETY / 28 USC §s 1401-STOCKHOLDER standing in the corporation as paying DUES-TO WIT-TAXES for the operation/protection of laws under the FEDERAL CONTRACT  known as THE UNITED STATES CONSTITUTION being the contractual/constitutional rights AWARDED to a UNITED STATES CITIZEN, Mr. Rodney Pinson _____,having SUPERIOR RIGHTS PERFECTED  per 28 USC 3201 (B),showing the GOVERMENT AGENT is to DIVERSIFY THEIR vote to that of "WE THE PEOPLES",and is under ESTATE/PROPERTY CODE 117,thereby giving Mr. Rodney Pinson _____ priority right to

cause

the ARREST of said offenders as the complaintant will show through the following that the fellow board members"WE THE PEOPLE" have outlined and attached criminal sanctions for the assaultive nature of conduct as "ASSAULT under PC .1.07" and incorporates the "THEFT OF SERVICES" under PC.34.01 (4) with holding the disposition of a service, in this instance being MEDICAL/LEGAL services,

(8) COMPLAINTANT,having right to rtecover under 28 USC §s 1342 (2)the recovery of damages from any person who fails to prevent,or to aid (1)in the furthrance of a conspiracy (2) which he had knowledge were to about to occur and had POWER TO PREVENT,(3)to REDRESS the deprivation (ASSAULT),(THEFT OF SERVICES) under the COLOR OF ANY STATE LAW/W/ LAW, including CRIMINAL LAW,or statute,regulation,custom or usage,of any RIGHT or PRIVILEGE SECURED by the CONSTITUTION/CONTRACT,by any act of CONGRESS providing "EQUAL RIGHTS" of citizens,including criminal sanctions enforcement/charges. (4) To recover damages (eg. restitution-for pain and suffering) by securing any equitable relief under any act off of CONGRESS providing for the PROTECTION.

(9) Per 28 USC §s 1337,the COMMERCE/ANTI TRUST STATUTES ,the amount of performance of compliance with CRIMINAL LAW is what is at stake.And the COMPLAINTANT herein,having outlined the offenders overt actuions as criminal offenses,in concert with the "QUID pro QUO" exchange for taxes/dues paid for the future govermental operations/and subcontractors operations and performances are further outlined herein under state law as offenses, However,whether under FEDERAL or STATE LAW as is under DUAL outline of criminal activity heitt herein, it falls under both,and per

aff                                    pg.2

...28 USC § 1337 the commerce /antitrust objective is to protect the trade (exchange) and commerce against RESTRAINT and MONOPOLIES,this statute automatically includes the wages of the offending parties (See - EMBEZZLEMENT-infra- STATE PC.'s),as well as the CONTRACTUAL AWARDS of any and all AGENTS/SUBCONTRACTORS to the STATE of TEXAS CORPORATION. And as the COMPLAINTANT outlines herein,it is "ILLEGAL" for the offending parties to be allowed to operate or attempt to operate a monopoly under the color of law,including being allopwed to continue to collect "EMBEZZLED" money/wages / contactual awards, commiting assaults upon the person as herein outlined,and theft of services,both individually warranting arrest and removal of bonds under 28 USC § 1337/1446(e),

(10) Per,ERDMAN v SUPERIOR COURT,102 Ariz.524 Any person,(Mr. Pinson) who has reasonable grounds for believing a another person committed a crime may make A COMPLAINT against the offendind party,thus the COUNTY ATTORNEY does "NOT" have trhe exclusive authority to decide who to charge or to what charges to bring.

Per,Ackerman v HUOSTON,45 Ariz.293-A COUNTY ATTORNEY (D.A) when informed of a crime,MUST examine the facts,and upon concluding a crime may have x occured,MUST LAY COMPLAINT before the magistrate.

As official state documents -the I-60,the REQUEST TO OFFICIAL (TDC-J), including its contractors/subcontracors,is a factual request for MEDICAL TREATMENT-OWED to the requesting person for pain relief,(see Sizemore/ Garcia-infra),it also stands as a DUAL DOCUMENT,known as a "BILL OF PARTICULARS",and third as "COMMERCIAL AFFIDAVIT/COMMERCIAL LIEN" as a BILL of PERFORMANCE(S) -"OWED".

As OFFICIAL STATE DOCUMENT(S)-the GRIEVANCE(S) are as a matter of law (FRCP,50) an OFFICIAL DEMAND/NOTICE for PAYMENT.NOTICE to the AGENCY-the STATE of TEXAS CORP.for failure to pay/and/or the failure of a contractor/subcontractor to pay/perform a service owed.

By law, ANY PUBLIC LAW ,including the FEDERAL or STATE CRIMINAL LAWS does not have to be given specific notice as they are public,and known to the general public "WITHOUT" having to be specifically cited with notice before the offense occurs.

A SUPERIOR COURT JUDGE,is a MAGISTRATE JUDGE and under the criminal rules procedures,actrions can be commenced before any such JUDGE,per Sheridan v Sup. Court 91 Ariz.211;And a complaint is sufficent if it simply state s facts CONSTITUTING the offense charged,per UNITED STATES 320 F2D 467.

And a STATE COURTS decision that a claim lacks merits precludes relief so long as fair minded jurors could disagree on the correctness of the state courts decision,thus any material fasct issues are left for the jury to decide,FRCP.50;Woods 136 S. CT.1149-1151(2016);And where a STATE COURt makes factual findings without an evidentiary hearing or other oppertunity for the COMPLAINTANT (Mr. R. Pinson ) to) present evidence,"THE FACT FINDING PROCESS IS DEFICIENT" and not entitled to defferenae,per Hurles 650 F3D 1301,1311(*2011).A DISTRICT COURT must make review of the FULL RECORD...and where substantual parts of that record/transcript/or evidence is

aff            pg.3

...evidence is OMITTED before the COURT,it has not been adjudicated as a FULL and FAIR HEARING (see PARKER.infra);Per State v Jeffers 35 Ariz. 404,420-21 (1983) the court announced a twqo part test to aid in decidin whether the proffered statement(s)were reasonably pertinent to the diagnoses and treatment (in this instant case upon medical services,and the offenders actions under criminal sanctions)(1) WAS the declarants/complaintants motives reasonably consistent with recieving MEDICAL TREATMENT and legal protection under the criminal law,(2)was it reasonable for(A) the PHYSICIAN,(B) the JUDGE,(C) TRIER OF FACT(S) -THE JURY -to rely on the diagnosis and treatment? ANSWER-(A) The treating PHYSICIAN in who the complaint is against -"NO". Under the following is it reasonable for the (B) JUDGE,and (C) the JURY,the trier of fact(s)-Due to the applicability/ objective of PENAL CODE 1.03 -to bring all evidence to bear,under the foregoing ,the answer for (B),and (C) is YES.

The JUDGE/TRIER OF FACTS (JURY) can and should find through the herein outlined as a criminal complaint of PROBABLE CAUSE,as this affidavit will substantiate,the standard for probable cause is the substantualk showing of an unjury either physical or equitable to person or property.

Thus under PC.21 1.03-per rules of evidence,COMPLAINTANT shows a need for outside evaluyation per FRCP.35 as to the evidence being EXPERTk TESTimony as to the outside examination by a specialist of the courts choosing to diagnose /examine the evidence,Mr. Pinson_____ ,for the following issues of:

(1) Heal spurs
(2) Knee Pain
(3) Shoulder Pain (Right)
(4)
(5) upper & Lower Back pain
(6) Carpal Tunnel
(7)
(8) Chronic muscle tension / Fatigue.
(9)
(10) Others.

Per evidence allowed under PC. 1.03 ,complaintant cites Correctional Health code and policy G-59.3 attachment A (h) that specifically identifies heal spurs as to be provided at the unit level of medical care.

Complaintant seeks an immediate "EMERGENCY  PROTECTIVE ORDER" through this court to prevent the furtherance of the assaultive actions caused by the x said defendants citing SIZEMORE and GARCIA,under PC.1.07 that is being caused by the defendants as the defendants are withholding a PAIN RELIEVING treatment of the medical shoes that are approved under the G 59.3 policy it therefore qualifies the offending parties actions under PC.34.01 (4) specifically as to withholding the disposition of a service (a medical service) that is designed to prevent injury/damage/pain per 28 USC $s 1343 (2),as w well as outlined under the state pc.'s.

@ 28 USC $s 1343 (2) imposes a STATUTORY DUTY to determine the existance of a legal/physical disability (e.g. bodily injury-impairment "sizemore/ Garcia") Alberøson 119 S.CT.2162,2169.

aff.                        pg.4

Mr._____,seeks enforcement under statutory duty/criminal sanctions as "EACH STATE (TX.) is required to establish a system-designed to PROTECT and advocsate the rightsof individual citizens (even if incarcerated) with legal claims/illnesses/injuries/damages/disabilities, with appropriate remedies,including criminal charges,as ADMINISTRATIVE DIRECTIVES (28 USC §s 2112-AGENCY ORDERS-CRIMINAL LAW )legal directive require upon JUSTICES to ensure/insure protections-per PC.1.01

Violations of indivduals rights (to be pain free) are DUE PROCESS RIGHTS under the 14th AMdt.(equal protection clause,6th Amdt. confrontational clause) and are subject to PENAL CODES (PC.)/TEXAS CRIMINAL CODES PROCEDURES (TCCP) and the AMERICAN WITH DISABILITY ACT (ADA) Title II,see Lane 315 F3D 680,682,124 S.CT.1978"Holding it was reasonable for Congress/LEGISLATURE to conclude that it needed to enact the PC./ADA,to t𝙪'prevent'states (Tx.or thier contracting agents) from unduly burdening the xøi rights of a PROTECT CLASS of persons by the 14th Amdt.,see Georgia 126 S.CT.877.

Per PC. 1.03 Individual assement of the facts,the effects of an Serious bodily injury-impairment is particularly necesaxy,when the impairment varies widely from person to person,Toyota 122 S.CT.681,692,REJECTING a STRICT STANDARD of PROOF.
*"OBJECTIVES OF THE PENAL CODES": are included and designed to ensure/ insure a fair and impartial trial-PC 1.03.The objectives of the penal codes are codified  into the TEXAS  CODES OF CRIMINAL PROCEDURES(TCCP) which includes an established system of protection/prohibitions-penalties and correctional measures- to ensure/insure public safety,by safe guarding against conduct of violations that is not without guilt or from condemnation of conviction under 18 USC §s 1071-stating it is illegal to conceal any person from prosecution,including criminal charges, this imposes a statutory oprder by 28 USC §s 2112,being authorized by "WE THE PEOPLE",Lane 315 F3d 680.Further the objïectives of the TCCP's, PC.'s is to limit the exercise of officail discretion and "PREVENT" oppresive treatments and actions,PC.1.02.

Per PC. 1.03  the ADA 42 USC 12181-89 states as follows "NO QWUALIFIED PERSON" with a diability (LEGAL OR PHYSICAL)"SHALL" be denied the benefits  of any program recieving federal financial xxxxxx assistance by ant federal executive agency (including any law enforcement agency/or judicial agency)under 29 USC §s 794.

Thus the evidence of the complaint ,the specific language used outlines the criminal overt actions specifically described in PC.1.07 of the offense of ASSAULT,by the lack of medical treatment for the heal spurs,causing the wanton infliction of pain and suffering resulting in the deminished capacity/impairment/ability to walk being an impaire bodily organ (the  feet) causing impaired bodily functions=ASSAULT. Per PC.1.07 SERIOUS BODILY INJURY  can be established wqithout a phy-𝟎 sicians testimony,when the injury and it's effects are obvious.The person who sustained the at issue injury (COMPLAINTANT) is qualified to express an opinion and testify as to the seriousness of the injury and it's effects of impairment SIZEMORE 387 SW3d 824,828 (Tx App 2012).

Further,Texas Courts have affirmed  and recøgnized the interpretation of the term IMPAIRMENT to include the deminished capacity and function of any bodily organ(s0 including the feet  for such  dis functions caused by the heal spurs,Garcia 367 SW3d 683,688 (Tx.Crim.app 2012)

aff

Thus under PC.34.01  as the specific language is met and outlined in the actions opf withholding the disposition of a service ,it is established that withholding the medical soft sole shoes to a person suffering from pain caused by heal spurs,when correctional health code policy G 59.3 attachment A (h) specifically warrants the issuance there-of such medical shoes meets the requirement outlined by criminal codes as offensive.
  The TWO seperate codes established/used in the  complaint herein  are probable cause to either establish one single charge or two seperate charges  under the two seperate statutes.


UNDER PENALTY OF PERJURY:

My name is _Rodney Pinson_____ ,my date of birth is _3-15-72_
_____,and my TDC-J Identifying number is _1716419____.

"I DECLARE UNDER PENALTY OF PERJURY"that the foregoing is thetruth,

and nothing but the truth,and I am incarcerated on the James V.Allred unit located at 2101 F.M. 369 N. IOWA PARK,TX.76367.

EXECUTED on this __16__ day of ___MAy_____ ,2022.



_Rodney Pinson_____
RoDNey PiNSoN          AFFIANT

AFFIDAVIT

Per,Ackerman v Huoston,45 Arizona 293 (1935) "A County Attorney(D.A.)
when informed of a crime,must examine facts,and upon concluding a crime
has occured,must lay complaint before the magistrate.

Per,Erdman v Superior Court,102 Ariz.524 Any person (Rodney Pinson)
who has reasonable grounds for believing that another person commited
a crime may make a complaint against the offender,thus the county attorney
does not have the exclusive authority to decide who to charge and what
charges to bring.
A superior court judge is a magistrate and under the rules of criminal
procedure actions may be commenced before any such judge,per,Sheridan v.
Sup.Court.91 Ariz.211;And a complaint is sufficient if it simply states
facts constituting the offense charged,per United States -320 F2d 467.
And a State Courts decision that a claim lacks merits precludes relief
so long as fair minded jurors could disagree on the coreectness of the state
courts decision,thus any material fact issues are Id/ left for the jury to
decide,FRCP.50;Woods 136 S CT 1149,1151 (2016);And where a state court
makes factual findings without an evidentiary hearing or other opportunity
for the petitioner(R.PINSON)to present evidence,"The Fact Finding Process"
is defecent and not entitled to deferance,per Hurles 650 F3d 1301,1311
(2011).A district court must make review of the full record...and where
substantial parts of that record/transcript/or evidence is ommitted before
the court,it has not been adjudicated a full and fair hearing,see(Parker,
infra'); Per,"State v Jeffers135 Ariz.404,420-21 (1983)the court announced
a two part test to aid in deciding whether the proffered statements were
reasonably pertinent to diagnosis or treatment,(1)was the declerants motives
consistent with recieving medical care;and(2) was it reasonable for the phy-
sician (in this instance the Judge) to rely on the information in diagnosis
and treatment? Answer:"NO" ,Per F.R.C.P. 35 stands the effect of a protect-
ive/restraining order for - OUTSIDE EXAMINATION - by court order,and is so
herein SOUGHT by Pinson,through this court as an *EMERGENCY PROTECTIVE
ORDERS,for outside exam for the following:

(1)Brain scan-Magnetic renosiance scan-reason-Pinson has suffered TRAUMATIC
Brain Injury,and has repeatedly requested through I-60's,grievances to
be treated for severe pain in the cranial/brain pan for severe stabbing
pains caused ,I believe by the traumatic brain injuries I have recieved.
These request have been steadily ignored due to the financial inclanations
of such treatment.FACT: The State/TDC-J...Wardens are responsible for cont-
ract compliance-Oversight of TX.TECH by gov.t code directives,see TX.Gov.t
Code 492-501 for direct quote,thus the above and herein notices are appli-
cable under Penal Code(PC) Law of parties-PC.7.22 &7.23 :PC 34.01 theft of
service that are applicable herein to Executive Director Brian Collier,
Warden R.Smith of the James v. Allred Unit located in IOWA PARK,TX.
(b) Marcy O'dal-a Tx.Tech employee on the J.v.allred unit as she is the
person responsible for oversight/signing off on patient treatment,PC.1.07
assault is therefore applicable,as well as law of the parties,PC.7.22 &7.23,
34.01-theft of services,see furhter outline herein,infra.
(c) Joseph Eastridge is also responsible ff for direct oversight of patient
care,and is guilty of assault-PC.1.07,law of parties-PC.7.22 &7.23,theft
of services,see outline herein,infra.


aff.                        Pg.1 of  27

Rodney Pinson (Pinson) seeks enforcement of the criminal laws herein outlined for the following reasons: "Each State (Tx.) is required to establish a "system"-"designed" to protect and advocate the rights of individuals/citizens (even if incarcerated) with legal claims/illnesses/disabilities, and such systems "SHALL" have the authority to ...pursue Adminstrative,legal and other appropriate remedies including criminal charges,as Adminstrative directives require upon justice to ensure/insure protections-PC.10 1 et.seq., 42 Usc Ss 10803,10805;5th,6th 14th USCA's.

Violations of individuals (Pinson's) Due Process Rights under the 14th Amdt. (equal protection clause,6th-confrontational clause) is subject to Penal Codes applications herein,as well as TCCP.Art.'s,and American with Disability Act (ADA) TITL Title II,see Lane v tenessee,315 F3d 680,682,aff'd 541 US509, 124 S CT 1978,"Holding it was reasonable for congress/Legislature to conclude that it needed to enact the "Penal Code/ADA." to prevent states(TX.)from unduly burdening the"Rights of Protected persons by the 14th Amdt.";see Georgia 126 S CT 877.

The State of Texas,including Wichita County,Law Enforcement Agencies,ie-Sheriffs Dept.,State Attorney Generals office has recieved Federal Financial assistance."The Protections of the Rehabilitation Act of 1973"(Sect.504), and the ADA. TiTle II,&III,apply to all public entities(including TDC-J/Tx. Tech subcontractor/Law Enforcement Agencies)as recipients of Federal Financial Assistance,29 USC Ss 794,Respectively.See Brief of the United States,Wescott v Georgia,96-CV-69-2(M.Ga.,Sept.30,1996).

There is a "STATUTORY DUTY' to determine the existance of a (1)Legal Disability,and (2) Phsy pp physical disability-(ie Bodily Injury-Impairment, per PC. 1.07,See 8 GARCIA, SIZEMORE, infra),on a case by case basis, Albertson v Kirkinburg 119 S CT 2162,2169.

"Individual assement of the FACTS,effects of an impairment is particularly necessary when the impairment is one whose symptoms vary widely from person to person",Toyota v Williams 122 S CT 681,692 (2002),"STRICT STANDARDS" of proof rejected by ADA.act of 2008.".

"OBJECTIVES OF THE PENAL CODES": Include and are designedto ensure/insure a fair and impairtial trial-PC.1.03."The Objectives"of the PC. are codified into The Texas Codes of Criminal Procedures (TCCP),and PC.'s,which includes but not limited to,"An Established system of Prohibitions-Penalties-and Correctional Measures-to ensure public safety,by safeguarding against conduct of violations that is not without guilt or from condemnation of conviction,per 18 USC 1071,stating it is "ILLEGAL" to conceal any person from prosecution".This Statutory order per 28 USC 2112,Being authorized by (1)"WE THE PEOPLE",(2)The Agency,being the Gov.t(28 USC 3002(15)(A)),as passed by congress/legislature (Fed./State),see Lane v 315 F3d 680,infra. Further,the Objective of the TCCP.,PC.is (a)to limit the exercise of official discretion,and (b)prevent arbitrary op oppressive treatmente of (CONVICTED PERSONS),PC.1.02X et seq.

Per the ADA.42 USC 12181-89(2012)"NO QUALIFIED PERSON with a disability.. (LEGAL OR PHYSICAL)"SHALL" be denied the benefits of any program or activity recieving Federal Finanancial assistance by any federal Executive Agency (including any law enforcement agency/or judicial agency)under 29 USC 794.

aff.                    Pg.@2

These include,But not limited to:(1) The State of Texas, (2) Any Law Enforcement Agency under the SUPERVISION of the STATE of Texas,ie.-(a)TDC-J , (b)Office of Inspector General, (c) Attorney General, (d) Any LAW ENFORCEMENT AGENCY located in Wichita County,Texas, (e) Any ARM of the State of Texas, can be subjected to the supior,Fed. Corp.Orders,per 28 Usc §s 2112, and thus subjected to suspension of any federal financial assistance,per 29 USC 794.

Pinson,per evidence,(infra,I-60's, grievances internal of TDC-J,etc...) is otherwise a qualified individual,suffering from untreated,and some undiagnosed injuries,See PC.1.07"SERIOUS BODILY INJURY"-can be established without physicaians testimony,when the injury and its effects are obvious.The person who sustained the at-issue injury (Pinson) is qualified to express an opinion and testify about the seriousness of the injury,and it's effects,Sizemore v State 387 SW3d 824,828 (Tx App2012).

Further,TEXAS COURTS,have affirmed and recognized with the interpretation of"IMPAIRMENT" to include the diminished capacity and function of "ANY BODILY ORGAN"-Garcia v State 367 SW3d 683,688 (Tx.Cr.App 2012).

This specific language meets the outlined actions described/proscribed by the PC.'s as offense of ASSAULT, see PC. §s 1.07,thus Pinson's herein claim of ASSAULT being committed upon him by the lack of medical treatment,causing the wanton infliction of pain and suffering resulting ing the diminidhed and impaired bodily functions = ASSAULT . The assault is being inflicted upon Pinson and similarly situated inmates upon the J.V. Allred Unit by those in Medical positions with a duty by law to correct the situation with a more efficient proper treatment to relieve the pain and suffering being caused by the neglectful torture of the wanton infliction thereof,in order to the point of saving money. The withholding of medical treatment as outlined herein describes and establishes a "DELIBERATE INDIFFERANCE" to the safety and health of the inmates,Pinson,in which the 8th Amendment(Amdt.) is outlined and designed to protect from creul and unudual punshment,=torture.

The pain is caused by injuries,in which the State,Executive Director, and Wardens,along with Tx.Tech took responsibility d for when they took Pinson and other inmates into custody,They guaranteed services under the United States and State Constitutions (Const¦s) as the Constitutions stand as CONTRACT's of CONDUCT ,a direct Quid PRO Quo exchange of wages/ taxes paid for exchange of performances by Gov.t Agents-ie. LAW ENFORCE-MENT of the laws by law enforcement agent's/agencies;Per the United States Const. art 1,stating "NO LAW TO BE MADE TO ABRIDE A CONTRACT'', thus Thier failure,and any failure herein to pursue this legal/ CRIMINAL claim herein will automatically cause a default/forfieture of contract earnings and subject you to a third person/party intervenor who by law(1) takes full responsability financially,and (2) CRIMINALLY. Thus,under PC.34.01 herein is outlined by the specific language that meets the standards of offense of committing "THEFT OF SERVICES"per PC. 34.01,and certifies THIER WAGES AS ILLEGAL BEGOTTEN GAINS.

aff.                    Pg.3

Thus as is shown herein,The Wages/Earnings being achieved through a CRIMINAL ACT are by law to be confiscated,this includes,but not limited to the wages/earnings but also encompasses contractual awards to Tx. Tech as well. The statutory duty applies through the Tx.Gov.t Cose 492-501 for assurance for TDC-J Agents to ensure / insure the performances and quality control of contract compliance,and as such the PC.'s stand as a duty of compliance under PC. 34.01 Theft of Services.As these services apply to assure No ASSAULT/NO Theft of Services has occured,The STATE- STATE AGENTS-TDC-j--Wardens- Executive directors,through thier failure to assure ensure/insure that Tx.Tech has complied with contract the aforementioned actors become complacent in activily participating and have therefore become as matter of laws standing as a party(PC . 7.22-7.23 ) in the assaults and under the theft of services.

The complacent participants in aiding and assisting in criminal activity-assault/ Embezzlement from the agency (State of Texas) a "CORPORATION" made and constructed of "WE THE PEOPLE",the Public,and other "STOCK-HOLDERS 28 USC $s 1401/3101-requiring and demanding the safety and assurance of performances in accordance with any and all laws both federal/ and state,herein require the complacent parties listed to be INDEMNIFIED by your agency operations under a "PEACE BOND" caused by criminal charges be filed to be filed,herein upon this affidavit of facts,first hand knowledge.

As the offending complacent participating parties are using THIER-BONDED "LICENSES" to commit these assaults and embezzlements from the agency- State of Texas, the bonded licenses are also to be confiscated, unit of operations of law demand this.This is to be accomplished upon the Warden Smith, any and all unknown Assistant Wardens upon the James V. Allred Unit,Executive Director Brian Collier,ALL holding "Bonded LAW-ENFORCEMENT Licenses" applicable to,and Default/Forfietures approved by "WE THE PEOPLE-the STATE OF TEXAS,passed into law through Congress/and/or Legislature" and as "Pinson,and the others herein listed as similarly situated persons are STOCKHOLDERS-VICTIMS,per 28 USC 1401/3101,citizens, of the state/federal corp. have a right under FRCP 23.1 to enforce any law of operation approved by "WE THE PEOPLE" the Agency/Corp.,including "CRIMINAL CHARGES",Equal Protection per the 14 th AMDT.applicable to the STATE of TEXAS.

Thus,Pinson,and the herein signed stockholders/victims have an unalien-able right to enforce the "OBJECTIVES of the PENAL CODES".

OBJECTIVE : PC. 1.03 is to "Bring to the investigation of each offense on trial,is the right to show "All evidence tending to produce conviction or acquittal.
PC.1.02 objectives is to prevent oppressive treatment,and the denial of this section would violate Pinson's-(others)rights of Due Process ofthe 14th Amdt Equal protection clause of law and contract,See LANE infra, 1st Amdt.-"No law to abridge",and forthis agency not to comply with filing of criminal charges,results in complacent compliance thereof,crim-inal activity.
Thus under the Agencies OBJECTIVES,ORDERS 28 USC @112,The PC.'s and an analysis under Blockburger,a Unit Analysis is REQUIRED,Due to the Statutory provisions"1.07;34.01;722 &7.23.

aff.                    Pg.4

The United States Attorney General under Federal,And the aftermentioned here under federal and state-The Attorney General,The Director of the Office of Inspector General,and local District Attorney's,Judges,Law Enforcement Agencies-"CAN NOT USE" a criteria or a method of Administration of law that defeats the,or substantially impairs the accomplishment of the objectives of the Public Entities Programs(EQUAL PROTECTIONS) even under the penal codes,provided by state legislatures to Pinson,and other Inmates,per the 14th Amdt.'s application to the states (Tx) PC. objectives,doing so would cause violations of 28 CFR Ss 35.130 (b)(3)(ii) (2016),Sherman Anti-Trust Laws- Attempted Monopoly,and would further violate Pinson's,(other's) rights under 18 USC Ss Ss 1071,1032¢ being violation to conceal a person from prosecution,and violation of the process of bringing a criminal to justice as it operates as an asset, see 18 USC 1071,1032),if charges ßnot brought or filed against offending parties.

The 6th Amdt. assures a confrontation ,the 7th Amdt. assures a jury trial take place,and applicable in this process is Tx.Gov.t Code 311.016 identifying and defining "SHALL' is imposing a duty.
As the PC.s Objectives establish "Culpability" PC.6.03-Pc.38.37 pretrial hearing,Given Testimony herein ,bringing all evidence to bear "INTENT" of the violations of law,herein outlined under codified statutory mandates-the Penal Codes (PC),Texas Codes Criminal Procedures (TCCP).

Sentences (actions) not authorized by xxx law are ILLEGAL,EX PARTE PARROT 396 SW3d 531,534,this includes a sentence (actions) involving creul and unusual punishment,an 8th Amdt. violation,an act of torture! Relevant factors for determining if it is creul and unusual punishment includes,But not limited to,:(1)the gravity of the offense,(2) and the harshment of treatment of person suffering,(2)Advantages or suffering imposed and compared with others similarily situated,and(3) the STANDARDS set by the evolving "Standards of Decency",Solem v Helms 463 US 277( 1983),"INCLUDING A RIGHT TO BE PAIN FREE!!!

EVIDENCE: Evidence of SEPRATE OFFENSES is probative on issue of the "INTENT",to consider seprate offensesin determining the issue of intent XXXXXXXXXXXXXXXXXXXXXX Zarate v State 551 SW#D 261,268 (TCA 2018).Under TCCP art.38.37 section 2 part (b) the state can use similar evidence to prove element of offense such as "intent".

As under 38.37 Pinson thereby identifies other evidence of similar actions to prove intent are"Any and All other grievances" filed by like situated inmates/stockholders, in the grievance system.The state agency representative has the right to recieve these/this evidence unredacted as HIPPA laws do not apply to the States Attorney's offices/law enforcement agencies.

Secondly,these same grievances,are also "BILLS OF PARTICULARS" for default of performances,under contracts of a public entity,and thus stand as "BUSINESS RECORDS per 28 USC § 1733,and as business records of the Public Agency,TDC-J the Publi owns them,not the agents representing the State Agency,thus as a Stockholder in the State of Texas Corp.Pinson, and others herein listed have a federal/state right to acquire this evidence in an unredacted version of proof of default resulting in the "EMBEZZLEMENT"of CORPORATE FUNDS ,in violation of law/contracts.Further, This evidence is relevant under F.R.E. as well as state,per TCCP38.37. This evidence solidifies the defaulting actions/embezzlement under law, and solidifies a breach of contract as the opposing parties will claim, they

...have performed adequately,these claims in all the other grievances/b
bills of particulars become a XMAXKIXK "MATERIAL ISSUE" as to the admiss-
able evidence on the issue of "intent",and as such it becomes evident that
TDC-J Exec.Dir.,Wardens intentionally ,secretly participate in the violations
either under a Willful Blindeye or on an Acceptance of a COLLUSION AGREE-
Ment. Thus the said participants by thier documented defaults of performances
and the failure to correct them as they have been given notices under the
Bill of Particulars,the sheer # of grievances/bills per PC.37.02,a person
commits offense with intent to decieve and with knowledge...refuses to con-
form thier actions to the requirement of law. Further,in MAYES V STATE 816
SW2d 79,85 the Court held that "Evidence which is essentially-background
in nature was meant to be included in the definition of relevancy.
Because it"ILLUMINATES" the circumstances that would otherwise be dimly
litor percieved by the fact finder(s).
 In which having shown knowledge of the defendants,the defendants will
]ultimately  try to mislead the trier of facts,by trying to deny access
to these documents under any guise they can brain wave upon,they wish
to accomplish the /with intent to influence the out come of trial proceed-
ings before the court,they are willfully giving false statements (some times)
under oath or they swear to the truth of a false statement,they violate PC.
37.03,See also "SWORN ACCOUNTS" under 18 USC 1001,28 USC 1932,Sherman Anti-
trust laws for further "PARALLEL STANDINGS OF VIO:LATIONS'And under PC.
1.03 "Pinson has a right to bring all other forms of the violations to
bear upon the conviction or acquittal of said offenders,to the investigation
thereof,upon the defendants "motives and intent"or aN other compelling
reasons,for the defendants failures to perform,by failing to conform thier
action(s) and conduct to law,SeeLY v STATE 931 SW2d 22,24.
 Further,any claim herein or against by any defendant is strictly negated
by law under 18 USC 1071,as the defendants will surely try to claim
"Qualified Immunity" the only  aspect of qualified immnuty is the xpæf
specific actions /terms qualified refer to legal actions only,and with"any
ILLEGAL ACT" it removes qualifications of said immnuty,see 18 USC 1071.
 PC.36.04 defines "IMPROPER INFLUENCE"as intent to influence the outcome
of a proceedings before the court, and as such,

The Courts have determined that even lawful conduct performed for an impro-
per purpose "FALLS WITHIN"the perview of criminal statutes of improper
influence,Isassi v State 330 SW3d 633 (TCA 2010).and further,

"Tampering with a witness"or "obstructing"or"RETALIATION" against a witness
is illegal per PC.3605,&36.06.

An Agents ignorance (ie Exec.Dir./Wardens/other Agents/Subcontractors...
etc...)that is fundamental to the case/complaint,combined with failure to
perform basic (operations- subvert policies/laws/rules/regulations) and
research to (ESTABLISH OR DISPROVE a claim against them) at the preliminary
stage of thier actions being called "ILLEGAL" is a perfect example of
unreasonable/illegal/willfully denying performance (Hinton v Alabama 134
S CT 1081)(2014) ie examples of breach of the peace/breach of contract/
criminal actions;even the TDC-J POLICY DIRECTIVES-state inpart in the
opening statements that the agents are to know the rules/regulations of
the Agency ,this not only includes TDC-J policies,But also INCORPORATES-

aff.                            Pg.6

the penal codes as well as any and all federal criminal codes under "IN PARIA MATERIA" as defined in blacks law dictionary as "All codes, policies,rules,regulations,directives,etc... are to be read as one policy,orone form of law,this can be demonstrated with the"RXX "PARALLELISM"seen in between all of the aforementioned under different codes of laws/rules/reg.'s ect.. but espescially between the penal codes and the TDC-J Directives known in the Agency as P.D.-22's.Further ,per Agency orders,28 USC 2112,per P.D.-22's it specifically states the Agent is to know all policies,that ignorance thereof is "NO DEFENSE",for violations.

Thereby the immediate outline of demanded performances,this complaint also incorporates the criminal actions of Captain Kim Farris,J.V.ALLRED UNIT laundry CAPTAIN, and Laundry officer Quinnice Evers as they were given verbal notice that criminal charges are to be filed against medical,and they actively decided to participate in the retaliation for my/against my legal claims against Tx.Tech -its agents O'dal and Eastridge,see Disciplinary case No: 20220011471 wrote by Evers at the behest of Captain Farris's orders-stating that offender Pinson failed to turn out for work assignment "WITHOUT A LEGITAMATE REASON" (1) this statement"without a legitamate reason is direct evidence under PC.1.03,and stands to deny Pinson has a k legal claim against TDC-j7 Tx,Tech agents,and is in violat- ion of law,"practicing law without a license,and (2) this same statement under PC. 1.03 evidences that both farris and evers have given a written statement,warranting thier medical opinion,thus they are practing medicine without a license,and further,under PC.1.03 is the relevancy of the Grievance/bill of particulars outlining the RETALIATION-anda unauthor- ized use of force,as O'dal/Eastridge have arbitrarily removed health code restrictions from my medical profile/clinical records (1)to influence this court,(2) used the removal of said restrictions as a form of RETALIATION against Pinson for participating in the grievance/court system(see P.D- 22's for prohibitory notice)and thus violates PC. 37.02 with intent and knowledge,PC,36.04 improper  influence,as Gov.t records "HSM-18"shows disabilities as permenent,and all removed restrictions and medical treat- ments were ordered by other qualified Doctors,it raises a "MATERIAL ISSUE" of facts to the assault charges as well as all other outlined charges herein,specifically,as the courts have determined that even lawful actions taken for the wrong/improper motive falls with in the perview of criminal statutes/sanctions of improper influence,SeeIsassi infra,pg.6. A type written copy of the grievance/bill of particulars is being provided with this complaint,on the subject/notice of "RETALIATION" filed by Pinson on 3-1-2022.

Further,Pinson,is providing a grievance  for sexual assault.Pinson filed the grievance/bill on about the 9-15-2022.He did not realize that TD6-J grievance dept. personnel had not filed the grievance until the end of December when it should have been returned to him,as TDC-J has 45 days to investigate.The Warden,after seeing Unit Classifications Commity issued a paper stating that there was no evidence found of a sexual assault by Pinsons celly.(1) a Witnesses statement of sexual assault alone is enough to gain or cause a trial and conviction under the PC.'s,(2) the assault happened in a cell,behind closed doors where (1)Pinson was trapped with the offender/perpatrator of the sexual assault,and...

aff.                           Pg.7

...(2) the floor boss/officer doing security rounds was notified of assault and let Pinson out of the cell-to be able to escape the danger of being trapped in a closed in quarters with the perpatrator endangering Pinson's safety and health.The officer on the security round then notified the ranking officer,Sargent Seth Lippert.Srgnt.Lippert showed up,and asked Pinson what was going on,when Pinson Explained that he was asleep when his celly grabbed his buttocks,making a comment that it wont'hurt much, Pinson,being asleep took these actions as txxix the perpatrator trying to "RAPE" him while he was sleeping.Further,Pinson and perpatrator engaged in a physical altercation (fight immediately after),Pinson being on bottom bunk asleep upon being assaulted mule kicked the perpatrator in the face several times ,as this action in Pinson's opinion as herein as was explained to Lippert,that the action of kicking him caught the perpatrator by suprise,and that and the fact that he was attempting to either mount me/or get in bed with me,allowed pinson enough time to mule kick him in the face at least three times,causing the eye to immediately become very bloodshot,and busting his lips open from the impact of the kicking,andevidenced fresh wounds sustained in an assault/altercation.
 When all this was explainedto Sgt.Lippert,he simply asked where is your ID. I,stated on my table in the cell,Lippert stated to go get your Id card and escorted me back to the cell @ C pod-29 cell,as soon as I entered to retrieve the ID card Lippert shut the door  on me thus trapping me back inside with the perpatrator.that was at 11:00 PM,I had to set in the cell with the offending party and to keep from being further harmed had to keep two sharpened pencils at all times,until approximately 2:45 AM when they let us out for breakfast ,in which the camera will show that the perpatrator approached me even after we were out of the cell ,stating that if I told anyone or kept pushing the issue he was going to catch me and beat the brakes of me so bad that I would be lucky to live.The camera being an conclusive witness of Lippert putting me back into the cell on C pod - 29 cell on9(-10-2022  is why the grievance dept. did not process the gxixxx  grievance (because it was a sexual assault it would have automatically involved PREA Authorities,and them seeing a Sargent (Lippert) force a inmate back into a cell by trickery would have caused TDC-J officials to have to fire Lippert.
 Bringing all evidence under PC.1.03 the Camera as a witness under Due Process,and Victims statements declared immediately within a twenty-four hour period of assault,Rixwx Pinson shows herein as he did then he wishes to press criminal charges against Seth Lippert,Law of the party for aiding abetting in the coverup/orgastrating a coverup ,PC.7.22 &7.23 in aiding abetting in an a sexual assault on pinson.ALso these same charges apply to the coverup by the grievance dept personnel,unknown which one assisted inthe coverup,but the camera over A-TURNOUT where grievance box is located will verify that on or about 9-15-2022,Pinson did drop the grievance in the grievance box. As it was not processed I am also providing a type written copy of the original that was produced at the same time as the original through carbon paper on the type writer.See Exhibit _____


        aff.            Pg.8

Further applicable tothe same grievence/bill of particulars is the
issue of theft of property (1) a twenty dollar fan,a ten dollar hygen
pack,a deodorant at two dollars and fifty cents was outlined in the
grievance as theft of property,(2) as Lippert was paid to perform
a ministerial duty,upon the claim of a sexual assault,at bear mini-
mum seperating the two parties as required by PREA standards/operations
it was his responsability to insure that Pinson recieved all of his p
property ⱷWhen Tdc-J locks-up an inmate,they automaticaly are assumed
to take possession of that inmates property-known as a BAILMENT
CONTRACT-thus TDC-J and the Agent recieving the property are respon-
sable under contract law for full value and thus returnof property,or
are subject to theft of property charges under the State PC.'s.
Whether it was left in the cell by the sargent on purpose or accident
matters not to the law.The prevention of these actions as such as this
one is to allow the inmate to pack his own property or remove the
perpatrator instead of locking up the victim and leaving the perpatrator
to run rough shod over the victims property.
Either way it stands under the PC.'s as Theft of Services,and thus
incorporates Lipperts wages as illegal gains subjected to forfieture,
and as his employment would have been and still is forfietable upon
review of the camera/witness any wages thereafter are also chargeable
as embezzlement from the corporation/agency,and can be confiscated or
ordered to be repaid as restitution there upon a finding of guilt by
a jury at trial for the aforesaid criminal violations.

Per the Constitutions Fed./State,PER the TCCP art.1.051,the Sixth Amdt.
guarantees/Agency orders 28 USC 2112-EFFECTIVE ASSISTANCE OF COUNSEL
also applies to the Attorney General of the state of Texas,and any
District Attorney's thereof the State of Texas,Office of Inspector
General  to seek prosecution on Pinson's behalf as a victim,and for
effective representation of counsel for an imdigent person(Pinson)
to recieve competent counsel who is prepared for the proceedings,per
Marin v State 891 SW2d 267,272,Agency orders 28 USC 2112.

Any waiver by complaintant Pinson,of any rights herein declared,
claimed,alleged,to be constitutionally effective,must be made (1)
competently (2)knowingly,(3)intelligently,(4) voluntarily and(5)must
be signed by him as such,Collier v State 959 SW2d 621,625-26 (Tx Crim.
App 1997).The right to counsel,is the right to effective counsel,this
includes when the State District Attorney acts on the behalf of Pinson,
a citizen of the State of Texas,a Stockholder 28 USC 1401/3101 in the
Corporate entity known as the State of Texas,and thus a board member
thereof,calling in to effect the Attorney Generals office to be effect-
ive per law/Strickland;6th Amdt.,per 28 USC 2112,Agency orders.
 TCCP.art.1.051 &the 6th Amdt. guarantees to a person with a disabil-
ity (1)legal disability,(2)physical disability a counsel(ie.Att.Gen./
Dist.Att) who preserves"basic rights"Marin 891 SW2d 267,272.
 Where as Mr.Pinson has a right to be heard in accordance with the rules
and form of the law,and a right to complain,and file criminal complaint,
and to have the complaint processessed and heard by a grand jury/jury
at trial,Parker v State 745 SW2d 934,937;1st Amdt..


aff.                    Pg.9

The Courts have stated there is a particular cause for concern whena (Judge or Jury) is allowed to draw conclusions based on"speculations" even if thatspeculation is not wholly unreliable,because speculation "is not suficient" based on evidence to support findings of guilt/or innocence of the accused Beyond-a-Reasonable Doubt,under Hooper 214 SW3d 9,16-17.

Thereby,the Law mandates this Court order (1) Arrest Warrants,to cause the giving of "Peace Bonds",(2) this Court to process claim for jury trial,(3) The confiscation of Wages/contractual awards as illegal gains under the Penal Codes,Specifically P.C.34.01"Theft of Services",and "Embezzlement"from the Agency,The State of Texas.

Further,the LAW mandates that protective orders be issued under criminal law sanctions to protect the citizens of the state of Texas,even if incarcerated in TDC-J. This protective order is warranted through the Legislature of the State,and approved by "WE THE PEOPLE OF THE STATE OF TEXAS" and was passed into law to show the  agreement that what is being asked to be done in this instance is a lawful action,in the lawful restraint of violators by criminal sanctions,to be imposed.Further, under PC._____,you have a duty to "PREVENT" any further harm/assauktive actioins/theft of property/theft of services.

The LAW further Mandates that the Court order under FRCP.35 that Mr. Pinson recieve outside evaluation for all medical claims,in order to bring all evidence to bear under PC. 1.03,for the following issues; (1) sleep apnia (2) cranial MRI (3) MRI-neck (4)MRI-upper,and mid back (5) Mri- mid-lower back (6)mri- hips (7) Mri knees (8) evaluation by specialist inthe fields of joints to cover the foregoing for evaluations-diagnostics-treatment/expert opinions as witnesses per FRCP.702,including a specialist for heal spurs/planters facia-flat footedness.

The EXPERT WITNESSES are also to answer to the questions of the extent of damages caused by the injuries and to what extent the damages could have been limited or slowed in progression if the complaining party had recieved a higher degree of medical care toxprxx prevent the more ex-speedient deterioration that was caused by the lack of treatment that has resulted in the form and causation herein as assault per pc. 1.07.

Further,the physical pain caused by the "Eczyma" in which was diagnosed and caused by the "STRESS" of the sexual assault,see PC.1.03 to bear all evidence, this includes the medical records of the diagnosis of the eczyma, and the printout that Tx.Tech provides on the subject matter thereof.

As the Warden/ Srgt.Lippert/and the perpatrator are all parities to the causation of the amount of stress that caused the serious bodily injury, impairment  to a bodily organ the skin,per Sizemore:Garcia infra. This also includes Tx.Tech employees Joseph Eastridge and Marcy O'Dal as assailants in the assaults,and cause of the impairments of eczyma= assault per PC. 1.07.

Injuries and wounds axx that are inflicted upon a person are factors to consider in addition to the manner of the object used to accomplish the offense.Per the 6th Amdt/7th Amdt confrontational clause in concert with the right for a jury trial-"THE JURY" is the proper body to speak for the public if the "Manner of USE of an OBJECT" is determined as a deadly weapon,Lazano 860 SW2d 152.

Aff.        Pg.10

An "object" (the License of the treating Physicians/Providers) are herein claimed by Mr. PInson to be such "DEADLY A WEAPONS",and can be considered as such if it is capable of causing serious bodily injury in the manner in which it was used,"WITHOUT"regard to x whether actual result is infliction of serious bodily injury,"Taylor 859 SW2d 466.

Further,the jury is to consider whether under PC. 3.01 a "Criminal Episode" applies as to the factors of the following reasons if "Two or more offenses,regardless of whether the "HARM" is directed toward or inflicted upon one or more people or items of property,under the following (1)the offenses are committed in/pursuant to the same transaction,or two or more transactions that are connected,or constitute a common scheme, or (2) offenses that are repeated offenses of similar acts,that qualifies as continuous actions under PC. 3.03(8),and thus the claim herein quali- fies upon Pinsons claim alone,but also under PC 1.03 to bring all evidence to bear,incorporates all other grievances as bills of particulars,that establish multiple/continuously on going assaults with the use of the foresaid Physicians/providers licenses herein noted and claimed by the "VICTIM,Pinson" as the weapon with the capability of causing serious bodily injury,and capable of causing death. And per PC.6.04"CAUSATION"- The cause and effect-(a) A person is criminally responsible if the result would not have occured but for their conduct.

Thus under PC. 6.04,causation as herein outlined an affirmative finding of a "DEADLY WEAPON" for the purpose as an aggravated assault can be found if the injuries resulted in serious bodily injuries/impairments(see Sizemore;Garcia infra),Rivera.As any thing under Pc.1.07(17) deadly weapon-(B)is anything that in the manner of use or its intended use is capable of causing serious bodily injury.This not only applies to the use of the Tx.Tech medical licenses,but also applies to the "DOUBLE CELLING" in which the Warden and CLASSIFICATION COMMITTEE are responsible for,as it was THEIR decision to place Mr.Pinson in the cell with a violent sexual perpatrator,that was the "but for conduct applied under PC.6.04 CAUSATION.

As Matter of Law,FRCP.50 a contract  classifies as  property with property interest therein.Thus,any offense involving State Property under PC.1.09 the State Attorney General with the local District Attorney both have Jurisdiction and DUTY to prosecute crimes on state property,or against State property (a valid contract),as PC. 1.09 states in part"To prosecute any offense which occurs on state property,or any offense that involves the use,unlawful appropriation,or misapplication of State property,"in- cluding State Funds"(ie-incorporates the Tx.Tech Contract awards/Wardens/ agents/subcontractors and other violators wages as/under a valid contract that qualifies as state property/State funds)thus giving the mandate by law to the Attorney General/District Attorney to seek confiscation of the illegal funding "immediately",as well as the confiscation of any such l license held by/bond held by the Warden/Classification Committee be seized as a deadly weapon.Per,PC.1.07(13)injury inflicted-the STATUTORY Defi- nition of"deadly weapon",does not require the death or serious bodily injury be inflicted or even intended by the actors,"As long as the out- come or result of conduct,(PC.6.04)caused bodily injury,Grey v.State 269 SW3d 785.Severity of injuries may be evidence of "OBJECT(S)- (The LICENSES ) deadly/seriousness of potential  infliction,but wounds are "NOT" pre-requisites"to such findings of deadly weapons ,McElhaney case.

aff.                Pg.11

Per,PC. 7.01 Parties to the offense-(a) A person is criminally
responsible as a party to an offense if the offense is committed by
the persons own conduct,or by the conduct of another for which the person
is criminally responsible for,or both.
(b)Each person to an offense may be charged with the commission of the
offense.
(c)Principals and accomplices distinctions are abolished under this code.
Brown 888 SW2d 216;Where several people are acting together in pursuit
of an unlawful act,each is liable for Xs unplanned and unintended collat-
eral crimes committed by other actors if the crimes are forseeable,or
ordinary and probable consequences of preperation/execution of an unlaw-
ful act,Thompson 514 SW2d 275. Per PC. 1.03,this incorporatyes "ALL
GRIEVANCES/ALL RECORDS of inmate on inmate assaults occuring in side the
cells,including deaths caused by DOUBLE CELLING.There is enough records
of medical grievences to show a substantial knowledge that the denial
of needed medical cares that is being withheld,is a crime that is/was/
and still is forseeable,ordinary by the shere fact of number of occurances
and probable consequences of the medical services being withheld in a
preperation or execution of an unlawful act (of assault and battery/
theft of services PC.34.01/Theft of property PC 33.01 et seq.)

Further,the Magistrate Judge-The Attorney General-The DISTRICT  Attorney
and the jury are "ALL TO " take into consideration under Pc.22.01 "The
Means and Methods" under PC. 22.01 being applicable to the assault/thefts
under Subsection (a)(2) of this section may be accomplished through the
use of an animate object (their licenses-bonds) Garrett 619 SW2d 172.
Per Pc. 22.01 (13) the manner and the means of the bodily inmmj injury
alleged is"NOT" an essential element of the offense of causing bodily
injury to a person"Pinson",and therefore is not included within the
hypothetically correct jury charge,per Thomas 303 SW3d 331.
A JURY may infer that the VICTIM actually felt or SUFFERED physical
pain (ie -eczyma- lack of medical treatment that results in pain,
see Sizemore/Garcia infra)for purpose of determining whether there was
bodily injury,as required to sustain an assault charge /theft of service
because people of common intelligence understand some of the causes of
pain,"Carcia"; Wingfield 282 SW3d 102. The State of Texas is not required
to prove that the perpetrator caused serious bodily injury to convict
a person(s) of Aggravated assault,where x "DEADLY WEAPON" was used or ex-
hibited,Williams 226 SW3d 611.
Further,"THE VICTIMS " credibility is an issue forthe jury to determine,
per Navarro 241 SW3d 77.Y "VICTIMS" -"UNCORROBERATED " testimony is
"SUFFICIENT" enough to sustain a conviction,Per Emenhiser 196 SW3d 915.

Per PC.9.31 "SELF DEFENSE" A person"Pinson"-(a) a person is justified
in using force (the force of this court/criminal action-against a person/
corpration,see 18 usc 1032- concealment of asset(s))(in concert with
18 USC 1071,as is illegal to conceal any person from prosecution) thus
Pinson being justified to use the force of this court and criminal action
against another person and to the degree the complaintant(Pinson)
reasonably believes is necessary to protect himself against the others
use or attemted use of illegal force.this incorporates the following
under the "IN PARIA MATERIA DOCTRINE",as well asx providing an out-
lined mandate of court actions prescribed by law as applicable herein,
Pinson per LAW ,being the victim herein ,asks the court to issue
"Protective-Restraining Orders" as follows- (1)that Pinson recieve outside
medical evaluations,(2) Pinson,for protection of his person,not be removed
from the dormitory,unless single celled.

aff.                    pg.12

(3)Be exempt from working /protective order to protect his life and health be issued in the form of a restraining order,(4) The State Agent(s)/TDC-J Agents be criminally restrained from issuing any disciplinary cases for the purpose of/or as a use of force to force Pinson to work against his physical disabilities ,as outlined under the American Diability Act(ADA) herein,infra. And further under PC.9.31 (B) restrain the state agents from forceably removing Pinson from his housing assignment of thex dorms/single celling,and as Pinson herein has outlined that the agents of the state x have used bogus disciplinary case-When they stated that Pinson failed to turn out for work assignment without legitamate reason,now being an issue for the jury to decide,Pinson requires the force of the court-criminal sanctions under the foregoing/aftermentioned herein as follows to be applicable herein,and further "LEGAL NOTICE" herein,that:

Per "COMMON LAW COPYRIGHT-17 USC S S 102 & 301" The "Lenham act"

That as a Matter of law,and in self defense of person "RODNEY LEE PINSON" is a registered trade mark,who was issued TITLE= Birth Certificate,registered with both the State of Texas,and the Federal Goverment as such document(ed) title,RODNEY LEE PINSON,Rodney Lee Pinson,is therefore "ENTITLED" to enforce the COMMON LAW COPY RIGHT LAWS ,and personnally restrain the state agent(s) from hand written/typed or printed use of"any derivation thereof said trademark" "RODNEY LEE PINSON" without his strict APPROVAL any use thereof said trademark will violate said 17 USC S S 102 &301 and therefore subject the violator to a ONE MILLION DOLLAR usage fee for EACH use by EACH ACTOR therein violation of this certified "NOTICE";as this notice meets the requirements of PC. 9.31 (3) RODNEY LEE PINSON acts in "SELF DEFENSE" and thus notices the violating users hereof said trade name that A VIOLATOR will be PROSECUTED (18 USC S 1071 being illegal to conceal any person from prosecution) and subjected to "WRITS OF ATTACHMENT,under the 28 USC code of JUDICIAL PROCEDURES,18 usc Federal codes of Criminal procedures,as well as State-TCCP.'s theft of property see PC.Section 33.01 et seq in it's entirity.

Per PC.9.31 (3) The requested actions therefore meets the standards set out in this PC. as defensive and not offensive,and as stated in this case, "LAW OF THE CASE" at hand,Pinson must not excede the bounds of defense and prevention,and is herein bound to show an apparent necessity to ward off by the use of force of (17 USC S S 102 &301) an unlawful act,Gibson 150 Tex. Crim. 401,202 SW2d 236. (1) Pinson shows it is illegal to use anothers registered trade mark with out their permission,(2)the trade mark is personal tangible property that AGENCY ORDERS (TDC-J's) Policy Directives known as thePD-22's directly gives the order that the state agents/employees are "NOT" to use the person's personal property without "SPECIFIC" approval from that person, and (3)The fact that the TDC-J policy directives parallels the penal codes /contract law (UCC-Uniform commercial codes) as well as Federal and state constitutions.

And as Pinson,is ONE acting in self defenseMx, He may act upon the reasonable appearance of any danger viewed"FROM HIS STAND POINT"per PRIVETT v State 119 Tex.Crim 455,44 SW2d694;Munden 37 Tex.353..Under Texas Law of SELF DEFENSE,it is basic that attack be viewed from the stand point of d defendant ,Pinson,per Bradford 450 SW2d 919.

aff.

Pinson seeks the Courts protection under PC .9.34 as to protect the life
and health of himself.PC.9.34 (a)a person is justified in using force,
against another when and to trh the degree he reasonably believes the force
is immediately necessary to "PREVENT" the other from committing or inflict-
ing bodily injury.

As Pinson pledged the Collateral (28 USC S 3201) under a public contract
known as the PENAL CODES (PC.),Pinson,herein the owner of collateral pia
pldged ,under PC.9,41 protection of ones own property as Pinson is in
(a) lawful possession of the tangible collateral,a movable property,
Pinson is justified in using force against another when and to the
extent  and degree the actor,Pinson reasonably believes is necessary
to prevent or terminate the others tresspass or unlawful interference
with the property-that incorporates criminal charges against all and
any said herein actors.Further  evidence under PC 1.03 is that Pinson
is Majority STOCKHOLDER in the said property "RODNEY LEE PINSON" with
a perfect right that supersedes the states See 28 USC 3201 (B) PRIORITY
PERFECTED upon Pinson's rights MARCH 15,1990.The State of Texas did not
perfect it's right until conviction obtained in 2011. As Pinson owns
more than 51% of the interested stock in the corporation/ trade mark
name RODNEY LEE PINSON, and the STATE OF TEXAS CORP. being an interested
party under PC.28.05 ,the actor (The State of Texas/it's Agents)interest
in property,it stands as"no defense" to prosecution that the actor has
an interest in the property,that was damaged or destroyed if another
hax person (such as Pinson) also has an interest in the property that
theactor (s) (the State of Texas/it's Agents) are not entitled to
interfer in or infringe x upon-see PD-22's stating that TDC-J Employees
are not to interfer in the legal matters of an inmate "IN ANY MANNER"
per the policy directives of the agency,and that not knowing the AGENCY-
States policies is no defense ,including "IN PARIA MATERIA" as all
documents read as one that would "AUTOMATICALLY" "INCORPORATE the
PENAL CODES " herein as AGENCY POLICIES,28 USC 2112 AGENCY ORDERS.

And the PENAL CODES being passed into law by legislature as a collective
joint operating agreement of "WE THE PEOPLE "of "The State of Texas
Corp,being subordinate to thjx Federal Corp.(28 usc 3002 (15) stating
Fed. Gov.t is a Corp.) also gives Pinpo Pinson superior rights to
enforce criminal sanctions as herein described as he has superior rights
due to the standing of a"FEDERAL CITIZEN","FEDERAL STOCKHOLDER (28 USC
1401/3101),thus as such has the FEDERAL AND STATES blessing to enforce
a law that has already been passed into the corporations,outlined
right can bex seen at FRCP. 23.1 to wit:
As a valid contract itself is defined as personal property under the
ESTATE/PROPERTY CODES -the Gov.t Agent deversifies their vote of legal
actions to that of "WE THE PEOPLE'S" to wit: EST./PROP.CODE 117. thus
the state itself being "WE THE PEOPLE " have agreed under FRCP. 23.1
to grant Pinson the rightto enforce the criminal laws herein quoted.
As Pinson has been unlawful dispossessed of tangible property under
PC.9.41 (b),property that is movable by another he is justified in using
force (of this Court) against the other person,when and to the degree
NECESSARY to render re-entry or "RECOVERY"of the property if in fresh
pursuit after the dispossession,or...

aff.                        pg.14

...(2)the (person) accomplished dispossession by using force,threat-
(disciplinary cases) or use of fraud-as evidence under PC 1.03 stands-
The statement without a LEGITAMATE REASON is considered under law a (1)
hearsay statement- see hearsay rule infra-(2) a documented evidence that
the said state agents practiced law without a license,when they advised
Pinson of his rights that he did nothave a valid claim for not turning
out to work (3) the statement also documented that the state agents-
Captain farris and CO-officer EVERS practiced medicine without a license
when they issued the statement "WITHOUT A LEGITAMATE REASON".
and a person Pinson may use any defense against assault upon his person
or on property using the means (the court/criminal sanctions)at hand,
LILLY 20 Tex.Crim.1.
  PC.19.03 OFFENSE AGAINST THE PERSON,Pinson cites that the attempt by
officer SCHOLTZ after Pinson moved to 4 Bldg. F pod-37 cell as officer
SCHOLTZ entered F pod shortly after I moved into the section of inmate
housing (within 5 days of moving in to that section officer )SCHOLTZ
appears at an ingress-egress of cell activity-he calls me to cell 37
stating that my cell was out of compliance and when asked what was out
of compliance he stated that my bunk was not properly made-because I
had a pillow made out of the coat that the state provided laying on my
bedding-so when I stepped into the cell to correct the issue SCHOLTZ
shut the door to the cell locking me inside ,then he stated that the
next time I wanted to grieve a friend of his-Meaning SRGT.Lippert- I
might want to think about who I am grieving and who his friends are,
then he left the section and did not let me back out to go to last chow
this was done out of retaliation but I did not grieve it because it
would only put me in more harms way.
  Further the UNIT CLASSIFICATION COMMITTEE is also chargeable under LAW
of the parties PC 19.03(111) conviction...under law of the parties was
supported by evidence that the defendants assisted-aided another indiv-
idual in abusing the VICTIM,and did not help the a victim inspite of
the victim needing medical attention,Trenor 2010 WL 5186836.
  Per PC.19.03 (113) and under Texas law,number of factors may be cons-
idered in making the determination of the perpetrators future danger-
ousness,for the purpose of imposing penalties(restraining orders-
criminal charges - sanctions)...fact(s) of crimes alone,can be sufficient
to support affirmative finding on the "SPECIAL ISSUE" Miller 200 F3d
274 (CA 5,Tex.2000 )... defendant acted with "DELIBERTNESS"=delibert
indifferrance.
  Per PC 20.01 Pinson will show that the bogus disciplinary cases are
issued to cause or did cause false imprisonment,as an essiential
element of "ABDUCTION"as used in this chapter governing KIDNAPPING
and UNLAWFUL RESTRAINT,is that the defendant intended to prevent the
liberation of the complaintant,Curry 30 SW3d 394."ABDUCTION " is a
continuous on going event,with respect to determination whether force
was used,threatened to be used to prevent victims liberation,for purpose
of aggrivated kidnapping convictiom,and per 20.01(5) "WITHOUT CONSENT"
is included in the term "RESTRAIN",WARD 642 SW2d 782.
  "VICTIMS" testimony to the use of force that he was intimidated by de-
fendants (TDC-J Agents herein listed- Farris/Evers) representation that
he had the GLOCK-(They Being state agents had the power) to glock some
people-(use their power to cause Pinson to be G-4 custody level re-
stricted with the use of false disciplinary cases)thus complaintant
Pinson concluded his freedom and movement were restricted (by use of
said force of false disciplinary cases issued) was legally/sufficient
to support defendants conviction for aggravated kidnapping/false...

aff.                    pg 15

...aggravated kiddnapping/false imprisonment,Gafeney 940 SW2d 682 .

Per,PC.20.02(a) A person commits offense,if he intentionally or
knowingly "RESTRAINS" another person-"With a BOGUS DISCIPLINARY CASE.
and under (c)(2) a felony of the third degree if (A) the actor reck-
lessly  exposes the victim to a "SUBSTANTIAL RISK " OF SEREOUS BODILY
injury as defined under PC.1.07,Sizemore,Garcia -Infra.

Per PC.22.01 ASSAULT (a) A person commity (s) if the person intentionally
knowingly or recklessly causes bodily injury to another (Pinson) by
or through (2) threatens imment bodily injury.
(3) intentionally and knowingly causes physical contact with another
when the person knows or should know/reasonably believe that the other
person will regard the contact as offensive or provocative.

A person has committed offense under PC. 22.01"injury- TO A DISABLED"
"individual-PINSON"-(a)if he -intentionally,knowingly,or recklessly
or with other criminal intent-negligence,by the actor (s) (ie.
EASTRIDGE-O'DAL/Kenyon Paige--Farris- or Evers ,ect...)intentionally,
knowingly,or recklessly by ommission causes to a disabled person-
(Pindon) (1) serious bodily injury,(2) Serious mental deficency,im-
pairment,or injury,or (3) bodily injury,and the said actors are-
under (3)(a),(a-1) an operator...of an institutional facility-(ie.
Warden-Kenyon Paige-Medical supervisor at the allred facility)...
(c)(3)-A "DISABLED PERSON" is defined as "A PERSON-"Pinson",who byx
reason of phsychological/physical or mental defect,disease or injury
are substantually "UNABLE" to protect himself from harm or to provide
food,shelter,or medical care and can not provide such as Pinson is
incarcerated thus can not protect himself from the perpetrators here-
in listed,he seeks the enforcement of the criminal sanctions by this
court-Magistrate Judge as self defense,per PC.
Therefore,the requested criminal sanctions as well as the protection
orders/restraining orders should issue through this court.
Further,PC.22.04 (4)"Exploitation" means the "ILLEGAL" or improper
use of an individual or resources of the individual for monetary or
personal benifits,profits,or gain.This ,as a matter of law (FRCP.50 )
incorporates their wages/and contractual awards. (4)(d) The assumed
actors (herein named )have  assumed care,custody,and control if the
actor by act,words,or course of conduct acted as so as to cause a x
reasonable person to conclude that the actor has accepted responsab-
ility for protection,food,shelter,medical care,in this instance for
a disabled person (Pinson),in which the state/state agents have accepted
full responsability for health and safety andfood and medicare fd for
the individual "Pinson".As (4)(e) stands it is a felony of the first
degree when the conduct is committed"intentionally or knowingly"x
as Pinson herein establishes that his testimony upon the grxx greiv-
ances has outlined and provided the foresaid parties with notice and
thus knowledge with which the jury may bring to form an opinion asto
guilt or innocence under/through a jury trial,per the 7th Amdt.of
the UNITED STATES CONSTITUTION.

aff.             Pg. 16

As the State of Texas -Agents-TDCJ Agents one in the same are under PC.28,05 Actors having interest in the property (RODNEY LEE PINSON-28 USC 3201 -the collateral to the contract) the state agents under this PC. as actors having interest in the property,it stands as "NO-DEFENSE" to prosecution that the actor has an interest in the property "DAMAGED or DESTROYED" if ANOTHER person ("Rodney Lee Pinson") also has an interest that the actor "IS NOT" ENTITLED TO INFRINGE UPON. (1) This incorporates the right of Rodney Lee Pinson's right to adjudicate proper medical determinations as to what constitutes assault-or adequate pain relief with the institution/in concert with the standing under Sizemore/ Garcia infra,/as well as a Stockholder 28 USC XXXX 1401, as a Surety under 28 USC 3101,having a right to enforce any law that the AGENCY-the State of Texas-Corporation/or the Federal Goverment (Corp.-28 USC 3002 (15) ) corporate Entity has given the right to enforcement to Rodney Lee Pinson, specifically -TO WIT: FRCP.23.1 the power to enforce any law,rule/regulation that the Agency has passed into legal actions,thus as Pinson herein stxd stands as surety per PC._____ ,as well as 28 USC 3101 has a right to cause "FORFEITURE- SEIZURE" of said persons by arrest under criminal sanctions ,that ANY JUDGE-or DISTXX ATT, or other STATE,or FEDERAL AGENT(S) can not infringe upon. This also incorporates 17 USC 102/#301 COMMON LAW COPYRIGHTS as a self defense mechanism,enforceable under AGENCY ORDERS-28 USC @ttex 2112,as Pinson is also a Federal Citizen,Surety,and STOCK-Holder ,he has an un-infringeable right to cause arrest of said actors that have pledged to DEVERSIFY THEIR VOTES FOR THAT OF WE THE PEOPLE. See EST/PROP.codes 117 TO WIT:

As RODNEY LEE PINSON being a corporated entity "OWNED" by "Rodney Lee Pinson" the private owner "HE" and he alone holds the right to testify to the full market value of the lost/destroyed or damaged property,to wit: "RODNEY LEE PINSON,the collateral-28 USC 3201,as to the amount of damage and repair cost. See PC.28.06 the amount of PECUNIARY LOSS.(a)if the pro-perty is destroyed-(1) The "FAIR market VALUE" at the time and place of destruction,(2)if the fair market value can not be ascertained,the cost of replacing the property within a reasonable amount of time after the de-struction of said property -(1) Pinson ,thus institutes the UCC.2-305-an open price contract as herein outlined as to being able to testify as to the value of the legal property/argument that qualifies as (a) intell-ectual property,(b) a scientific legal argument ,for further details to be brought herein after this clause,(c) the px price of damages to the physical collateral -body of RODNEY LEE PINSON-theOWNER of the said property Rodney Lee Pinson's damages suffered from destruction of collateral the physical body of the owner,as "ALL RIGHTS RESERVED PER UCC.1-308".

"THEREFORE",Pinson herein testifies that the fair market value of the legal documents that the State of Texas XXXX Corp.lost -the value was set at TWENTY FIVE MILLION DOLLARS ($250,000 ) as the property that was lost/ stolen/destroyed also incorporated THE ACCESS TO COURTS,guaranteed by both the state /federal constitutions/contracts /laws,as Pinson herein testifies under PC. 28.06 (2)(b) that is the fair market value for cost or repairs or restoration cost. Per PC.1.03 bringing all evidence to bear,Pinson herein shows that if the State Of TEXAS CORP. can factually prove XXX BEYOND A REASONABLE DOUBT that the property was not worth the value set forth under the rights preserved to Pinson (UCC 1-308) open price contract value for replacement of said documents,then Pinson will show the following;

aff.                    Pg.17

The legal argument/access to courts was set for an anticipated trial under FRCP.202, as the legal argument contained the testimony of RODNEY LEE PINSON,Rodney Lee Pinson,as a document(ED) deposition. RXX Per 28.06(2)(c) for documents"OTHER THAN THOSE "having a READILY ascertainable market value,- (1)the amount due at maturity if the document constitutes the evidence of a debt! Thus Pinson will show the evidence herein through the statement-that the conviction in which the legal document was to over turn/reverse conviction of ,"The STATE of TEXAS Corp. claims it as a "DEBT"-OWED TO SOCIETY-for a violation of a PUBLIC CONTRACT known as the PENAL CODES,or (2) the "GREATEST" amount of economical loss the"OWNER -Pinson"might reasonably suffers by virtue of the destruction or damage if the document is other than evidence of a debt-such as a claim by the state as a conviction.The fact under PC.1.03, and herein PC. 28.06(2)(c)(2) the differance in value before the loss and after the loss "ESTABLISHES" the "EXTENT "of ""INJURY"-"WISE 494 SW2d 921.

Only the fair market value of the cost of repairs is neccessary to formulate amount of loss,Espinoza 955 SW2d 108.And does "NOT" require the da damaged property to be repaired.Subdivision B of this section does not x require the damaged property to actually be repaired in order to establish cost of repair work,Elomary 796 SW2d 191. The "OWNER,Pinson"has direct knowledge of the cost of repairs,ans "1SCOMPETENT " to testify as to how much the owner spent or would have to spend/or to the extent of the repairs as to the direct cost of replacement value to repair the damage,(this incorporates the open price contract/property value under the UUC 2-305)/Kinkade 787 SW2d 507.

Value can be proven by "HEARSAY" by the owner,Hernandez 468 SW2d 387. And as such this court is to accept this as true,see EARP v Stokes 423 F3d 1024,@ p.1032 Where the claimant establishes a colorable claim for x relief and has never been afforded a state or federal hearing on this claim,we must remand to the district court for an evidentiary hearing.

Per PC. 31.02 the foresaid actors operated by conversion by bailee, as the said actors took contracts of performances for a direct "QUID PRO QUO" exchange -WAGES for PERFORMANCES,therefore their wages and contractual awards are subject to forfeiture/seizures/and writs of attachments per agency orders per 28 USC 2112.PC.31.02 outlines it's objectives as offense by conversion by bailee,by embezzlement,extortion, recieving or concealing embezzlement,embezzled property.

Per,PC.29.02 Actual commision of offense of theft is not a pre-requisite to commission of robbery: Gravemen of robbery is assaultive c onduct,not theft,Crawford 889 SW2d 582.Further"no COMPLETED THEFT IS REQUIRED" in m order for proscribed conduct to constitute offense of robbery,White 671 SW 2d 40.X

Pinson's claim herein is that the state agents-TDC-J agents and subcontraxctors are guilty of robbery by assault and not of theft of the person, Turner 150 Tex.Crim.90;198 SW2d 890.

aff.                    pg.18

"Robbery"is an aggravated case of theft,because in each instance,fraudul-
antly takingof property (by conversion -conversion of contract/or property)
with INTENT to appropriate it is the gravemen of the offense,Alanza
see Alanize 147 Tex Crim. 1,177 SW2d 965.offense lies in antecedent viol-
ence of,or putting fear of life or bodily injury in effect is essential
element of gravemen to constitute offense of robbery.Further,Texas law
constituted a "VIOLENT FELONY" under robbery statute,and defined the
offense as a "theft",in which the offender intentionally,knowingly,or
recklessly  CAUSED BODILY INJURY such as Pinson herein claims has been
commited against him,and as the actors intentionally,knowingly,and
recklessly placed,or threatened him with,and in fear of immenent bodily
injury or "DEATH",which would create a "SERIOUS POTENTIAL RISK" of a
violent confrontation between the offender and the victim-thus this
incorporates both the state agents as offending parties against the victim
as well as any potential cell mates as a "POTENTIAL SERIOUS RISK" able to
cause serious bodily injury,and under PC.1.03 to bring all evidence to t
light-would be to show the dangers of DOUBLE CELLING can and has led to
death and serious bodily injuries,as well as sexual assaults between
inmates, thus Pinson seeks a writ of prohibition-RESTRAINING ORDER from
this court to prevent any warden in the state of texas having custody of
RODNEY LEE PINSON ,Rodney Lee Pinson from being Double celled under any
and all circumstances,this also stands under the @% 28 USC 1401 stockhold-
ers rights to enforce any law/rule/regulation approved by the agency,per
28 USC 2112,AGENCY ORDERS to allow Rodney Pinson to enforce this under
the Standing of a stockholder,per FRCP.23.1,as well as the forthcoming
citing of the "REFORMATION OF INSTRUMENT" herein shown on the foregoing ,
US v DAVIS CA5(Tex) 2007. 487 F3d 282.Pinson will show the fact his
property was was stolen after he was  the victim of a sexual assault,
and the victim had fled to safety,and been removed from the scene.did
not transform thee robbery into asimple theft,since assault/fight clearly
facilitated theft,Taylor(App5th Dist.1993) *Sea 859 SW2d 466.

And as applicable herein to both issues (1) being theft/robbery of
medical services/treatment,and (2) the issue of stolen property at the
instance of the sexual assault,(3) theft /robbery of property perpetrated
by the state agents-TDC-J agents-per Pc. 31.03 (a) a person commits offense
if he "UNLAWFULLY"appropriates property with intent to deprive owner of
property.Thus thhs also applies to the wages and contracual awards/
illegal economical gains.Thus it would stand to reason by a reasonable
person that (by jury standards) the Judge should issue a writ of attach-
ment to the wages  and contractual awards that was granted but through
the conversion of the unlawful appropriation by the conversion of
failure of performances to the crim inal law as herein outlined the
PEOPLE-the COPPORATION OF WHICH CREATES THE STATE OF TEXAS-has approved
confiscation/forfeiture/seizure of said such funds/and persons under these
criminal sanctions herein. and per 31.03 (b)appropriation of property is
"UNLAWFUL"if(1) it is without the owners consent,(1) evidence that the
actor has participated in similar and recent transactions other than this
one,but similar to,that which the prosecution herein is based,for the
showing of knowledge or intent ,and the actors knowledge and intent are
hereby raised by the actors pleading not guilty,raising a material fact
issue that only a JURY is capable of speaking what is just for the PEOPLE
of THE STATE OF TEXAS CORP.see 7th Amdt.USCA -right to jury trial.⇒

Aff.                    pg.19

Per-PC.31.03 (5) stolen property does not loose its character of stolen-when recovered by any law enforcement agency-Thus it would stand under x reason that theft/robbery/embezzlement would neither loose its character nor would assault if recovery or restitutionor conviction thereof was accomplished by law enforcement AGENCIES.

thus,per PC.31.03 theft/robbery-the Court findings,in denying dischargea-bility of debt owed to creditor (TO WIT:Pinson/Public)for mistakenly issued checks(contracts/wages awards under "EMBEZZLEMENT") and theft of service PC 31.04,that debtors intent to misappropriate funds by depositing them into their accounts and spending the money ,which debtor knew did not belong to him or his company "* CONSTITUTED--"NON-DISCHARGEABLE-EMBEZZLEMENT ",with in the meaning of Bankruptcy law ...IN RE POWERS CA.5 (Tex)2008,261 Fed.Appx.719,2008 WL 104272. In awarding DAMAGES and ATTORNEY fees against debtor for criminal and civil offenses in VIOLATION -of TEXAS THEFT LIABILITY ACT(TTLA).the debtor intended to deprive the creditors "Pinson-as well as the Public"creditors of funds by depositing funds into their accounts and spending the money in which they knew did not belong to them,or their company,per IN RE POWERS,and to bring all evidence to bear under PC.1.03 "Pinson " has given notice toπ the offending parties through the internal grievamπce dept.in the State dept.of criminal justice -known as TDC-J,see their records of said such "BILLS OF PARTICULARS" as all GREIVANCES stand as a BILL OF PARTICULARS under the FIRST AMDT. of the UNITED STATES CONSTITUTION, "FREEDOM OF SPEECH/"NO LAW TO ABRIDGE A CONTRACT" per art 1 sect,10 cl.1.

The crucial element of theft/robbery/embezzlement is the deprivation of property from the rightful owners,without the owners consent,regardless of whether or not  at the momment the defendant has taken possession of the property or not,per STEWART 44 SW3d 582,and incorporated here is any and all claims to any property Pinson has this far outlined in the greiv-ances as such property being wrongfully withheld under the illegal appropriation thereof/or the misappropriation of funds therke  of as the STATE/STATE AGENTS/TDC-J has not rendered any payments on/or not πtπ rendered full performances on as outlined herein on said thefts/robberies/ embezzlements upon property rights of Rodney Lee Pinson or the Public, as Rodney Pinson stands as a witness,so does all the other greivances to wit,as testimony under FRCP 202 DEPOSITIONS of an anticipated trial, as SELF AUTHENTICATING EVIDENCE per FRCP 902.

In determining intent the JURY can consider whether the defendant had a experienced any personal gain (by financial-wages or Favortism from contractual awards-insider trading to the Company or agency,as showing favoratism to the company by saving them money that arbitrarily should h have been expended in contractual performances as expenses,this is the perfect example of denying medical treatment or denying the right to payment for,per -property wrongfully taken) as property taken from the complaintant Rodney Lee Pinson,Christensen 240 SW3d 25.

The Courts "PRESUME" that an owners testimony regarding value of stolen property is an estimatéon of properties fair market value in the pro-secution,Smiles 298 SW3d 716Fair market value of a "FUNGIBLE-GOODS"/ fungible by conversion thereof by the debtors/actors/defendants herein.

aff.                    pg.20

Further, it is illegal to "conceal any person" from prosecution, per 18 USC 1071; PC.31.03 (93) release -could not bar prosecution, because State (AGENT (S)) was not part of agreement, Roberts 278 SW 3d 778.
Under ESTATE/PROPERTY CODE 117 The State Agent deversifies their vote on subject matter at issue for that of "WE THE PEOPLE"-THE PUBLIC, therefore, when the public has passed into law by agreement established through Legislature as a proper operation of law/or shown acceptance of law through the public documents-COURT RECORD(S), including the enforcement of criminal charges as herein described, the ENFORCEMENT - AGENCY/AGENT has no choice, but to follow the law that is outlined as an AGENCY ORDER per 28 USC 2112. As Pinson has shown here that he is also a federal citizen /a state citizen - "ONE OF"-"WE THE PEOPLE",

AND IT BEING ILLEGAL FOR ANY PERSON TO CLAIM SOVERIEGNTY TO AVOID A CRIMINAL CONVICTION- Then it would stand to reason that the Judge, nor the District Attorney, no the US. Attorney General or any other law enforcement agency/agent then force Pinson into a soveriegn standing forcing him to forfiet his rights to invoke criminal charges herein described/outlined as to the actors criminal overt actions, See case law under Municiple Corp. , stating that the parent corp (in this instance the"FEDERAL GOV.T-28 USC 3002 (15), can be held responsable for the subordinate corp.(State of TEXAS) even without having specific knowledge of the exact act/factors. Also, is the fact that any party failing to enforce these actions becomes responsable for all damages CIVIL, or CRIMINAL by refusing to pursue the actions requested herein.
Per-LAW the gov.t agent works for "WE THE PEOPLE" see the UNITED STATES CONSTITUTION, the gov.t agents tax return-W 4 form for  job description and the placement of "A VALID CONTRACT" a "QUID PRO QUO"" exchange for wages in exchange for performances as outlined to the specific job title that the gov.t agent carries, and has taken on a fudiciary  duty owed to the "BENEFICIARY" "Pinson". The gov.t agent then becomes the "DEBTOR" in any given situation! Further, Pinson, herein being the "SURETY" has the power to cause forfeiture/seizure of bonds/wages/contractual awards under the PC.'s _____.

PC 31.03 (239) a gain by false representation-The "ALL Allagations- an INDICTMENT-CHARGE that the defendant by means of false pretense and devices equaling fraudulant representation "DID" induce the PROSECUTING WITNESS - Pinson/PUBLIC to deliver to the defendant and the defendant did recieve a certain sum of money (property) under a false pretense, was sufficent enough to establish that the prosecuting witness did rely on false representations- Atwood 152 Tex.Crim.27,211 SW2d 177.
Per Law  herein, the defendants/state agents/subcontractors-"The ACTORS/ actor" having given false representation to Pinson/Public that the STATE of TEXAS CORPORATION, does not owe Pinson for the taking/conversion of property owned by Pinson (1)Legal Documents that evidenced a debt, that was lost or stolen matters not, because the documents were in the STATE of TEXAS CORP.'s possession at time of loss, the damages  are partially readily available to be ascertained as to value to include the "BLOCKING of access to courts-LITIGATION'' further incarceration under a false imprisonment claim- valued @ $25,000,000 (Twenty Five Million, (2) hankerchief-valued @ $100 One Hundred ,(3) Medical Co-Pay that was taken under a false pretense-as Pinson was convicted(contracted)to a 40 year sentence, a $3.00 (three dollar co-pay )was in effect at the time of signing the contract. therefore it is the rule of law therein,"THE PRICE" for medical services to be charged to Pinson through out the entire duration of his conviction-The State of TEXAS CORP. having allowed TX.TECH to collect a higher $100

aff.                              pg.21

co-pay (1) was an ex post facto enforcement (2) violates the USCA 1st Amdt, Art.1 Section 10 clause 1 -"NO LAW TO BE MADE TO ABRIDGE A CONTRACT",and as the $100 dollar co-pay was taken under a false pretense it qualifies under this PC.31.03 as theft/robbery as it involved assault under the out-lined criminal directives herein under PC.1.07 as Pinson's TESTIMONY-Deposition herein under FRCP.202 as well as any and all case laws herein establishing any rights . the State/Tx.tech has under false pretense as to the co-pay alone over charged Pinson to the sum of $500 dollars=equal-ing a $500.00 dollar robbery . (3) the robbery also includes the wages of the said actors as they have given false representation to the issue of full performances of their job duties,thus under these criminal laws the state/US ATT.GEN. is to /as this court is to seize/cause forfeiture of any wages/contractual awards to the following actors on the attached actors/defendants list,See Exh._____.

Per PC 31.03 Court's finding of denying dischargeability of debt owed to "CREDITOR" "PINSON",Public for mistakenly (misappropriation of funds) being (wages/contractual awards)that debtors intent to misappropriate funds by depositing suchchecks into their accounts and spendingthe mis appropriated funds ,knowing that (the grievances existed,and stand under law as"BILLS OF PATICULARS" due/demanded/noticed)this evidenced under PC.1.03)(incor-porates all grievances against said actors not just the ones Pinson has filed as bills of paticulars,per PC.1.03)the actor(s) deposited the money, in which after notice(grievances /bills filed in which at that time the "DEBTOR" knew or should have known that the funds did not belong to them or their company,-CONSTITUTED - A " NONDISCHARGEABLE EMBEZZLEMENT" with in the meaning of bankruptcy/criminal law... IN RE POWERS CA.5(Tex)2008, 261 Fed.Appx.2008 WL 104272.Thus COURT awarding "damages and Attorney fees" against said actor(s)/Debtors for committing Civil/Criminal theft/robbery/embezzlement in violation of TEXAS THEFT LIABILITY ACT (TTLA) . The deposite establishes that the debtor/actor did intend to ,in concert with the overt actions taken or withheld-non-performance (theft of services PC 34.01...,) the debtors/actors intent to deprive the owners of performances and funds by depositing owners/creditors funds into their accounts after being served "BILLS OF PARTICULARS",-"DID meet the Crucial element of theft by depriv-artion of property( (1) the money adjudicated /misappropriated,(2) the denial of the VALID CONTRACT-Rights as property ,See ESTATE/PROPERTY CODES in it;s ENTIRITY.) IN RE POWERS.as the outlined a actions have shown the crucial element of theft ,established by a deprivation of property from the rightful owner(s)/Creditor(s) Pinson/Public without their consent, regardless of whether or not the defendants have taken possession of the money/property or not,Stewart 44 SW3d 582.

In determining INTENT the JURY can consider whether the defendant enjoyed a personal gain or not (including favoratism from within the agency/corp. incorporating the charge of insider trading)from property obtained from complaintant,Pinson.Christesen 240 SW3d 25.

Per PC. 31.03,The Courts presume that the owners/creditors testimony re-gerding value of stolen propertyis an estimation of properties fair market value in theft prosecution Smiles 298 SW3d 716. as the fair market value was for property or services that have been converted through theft/loss, the conversion of said items therefore leaves the only remedy to be for a converted exchange of fungible goods- a monetary settlement for the said violaTions.

aff.                    pg.22

Under a criminal conviction-the loss/stolen Ss 11.07 argument that was lost/stolen ,that is the direct causation of the block of access to the courts/the right to litigate the same document -that operates and qualifies as a "TRADE SECRET" in that it operates under the  SECURITY EXCHANGE COMMISSION,as it calls into operations the "DIRECT EXCHANGE of GOODS/BOND(S)" the fact that the goods/bonds hold a conviction/court adjudication is"NONE-of the issue at hand," the direct issue at hand is did the STATE of TEXAS CORP./or IT's AGENT(S)  "RENDER PAYMENT" to negate the theft/robbery charges/ or do they try to hide behind a QUALIFIED  IMMUNITY in which 18 USC 1071, Specifically negates that right,and which Pinson shows that the criminal conviction/charges right then transfer to him under the following standings; 1 Pinson is a legal citizen and as stated earlier any person can file a legal (criminal) complaint,@ Pinson has superior right to file criminal complaint under the 28 USC 3101  Surety,PC._____,surety can cause forfeiture ap of bond of indemnified person, 2 Pinson having paid taxes for a direct QUID PRO QUO exchange for performances ,establishes his investment in the two corp,'s 1 the FEDERAL GOV.T 28 USC 3002(15),@2 the STATE of TEXAS CORP. as a surety/and stockholder per 28 USC 1401, #3 under the stockholder stand-ing Pinson has the established right under FRCP.23,1 to wit,to enforce any law,rule regulation that the agency has passed/codicil thereof the agency operations without the rest of the voters of the agency board,thus that incorkporates any division of any law,rule/regulation under the doctrine of "IN PARIA MATERIA"- all documents read aws as "ONE".

Thus ,Pinson shows that the 11.07 argument that was lost/stolen does QUALIFY under the TRADE SECRET,PC 35.01 (a)(1) as an article-meaning any object or material,device,substance,or any copy thereof,including a writing, recording,drawing,sample,prototype,model.blueprint.
(3)"Representing"means-describing,depicting,containing,constituting,reflect-ing,or recording,in which Pinson establishes that all of these descriptions are applicable to the 11,07 lost document.Further,(4)a trade secret is de-fined as the whole or any part of any "SCIENTIFIC or TECHNICAL" information, DESIGN,process-thus Pinson herein testifies to the value of the design of the 11.07 argument that was a testimonial document/Deposition under FRCP. 202 that was being designed for the anticipated suit/appeal-that held spec-ific "scientific and technical information inside of the document",for a process-ACCESS TO COURT by way of "procedure"of 11.07 Appeal‡ that has value  and that was taken/stolen/lost without the owners express consent, and the owner taking steps to prevent others from having access to the said document,other than those selected by the owner to have limited access to the document "Did allow TDC-J Agents to have access to the document for the "specific purpose "of storing the document in a "SAFE & SECURE LOCATION" Thus envoking a BAILMENT CONTRACT  of /under a WHAREHOUSE agreement,both entitling Pinson to the full recovery of value for the lost/& stolen docu-ment.

Thus,Pinson, showing/establishing herein that the document was an ARTICLE and did contain as an article -material,devices,and substances of a writing recording, drawing-of legal rights/claims,was a prototype -that was irre-placeable,model of only one of a kind,that was representing,describing,de-picting,and containing,a material that would overturn the conviction,that the information therein contained was constituting Pinson'sright's to re-lease ,by reflecting and recordings of applicable laws that transformed the 11.07 argument Pinson had created into a TRADE SECRET DOCUMENT(ED) articlethat contained scientific structures of the applicable lawsand case laws  that was wholly/solely technical information designed for the 11.07 appeal process (access to courts/with litigation)procedure,...

aff.

and contained a specific,formula specific content that was irreplacable.
Pinson will show under PC.1.03 that the simplicity of changing even
so much as a TWO LETTER WORD  in the document changes the entire document
and the outcome of the legal effects,Example- Bob was in the store when
the shooting happened is a factually different statement and effect than-
Bob was at the store when the shooting happened-the legal effect of the
second sentence then raises and imposes a different legal standing as to
the burden of proof that Bob had any thing to do with the shooting,this is
herein shown,by Pinson -to show and establish with the judge/jury the value
of the different statements effects as to establish the harm that was
caused as irreparable to the effect that not even the most talented att-
orney could rewrite the exact same document off off the top of his head-
and expect the same effect or out come,as the shown differance  has an
unascertainable -detrimental effect on any arguement/claim-therefore the
jury under a criminal trial for theft of trade secret would be the proper
body to speak for the people as to a just-lawful enforcement of rights to
render and tender payment for damages caused to Pinson in the same,as sum
certain of $25,000,000 (twenty five million) for full value of stolen
trade secret, that TDC-J Agents caused the harm when they allowed the
document to be stolen,blocking MR.Pinson's access to courts in which in-
corporated his right to litigate that exact document.
Mr. Pinson left the document in the safe keeping and storage of TDC-J,
in which under PC.1.03 (bearing all evidence) all grievances/property records
under TDC-J control will also establish that it is a common practice and
operation for inmates being transfered on medical chains or transfers to
different units are commonly filing reports/grievances of stolen property-
in which the State of Texas Corp./TDC-J thereby being a DEPARTMENT under the
operation of the State of Texas Corp.is thereby responsable for the criminal
actions under PC 7.01,7.22-7.23 law of the parties,and as such this incorpo-
rporates all high gov.t officials in the state of TEXAS,as having criminal
responsability to prevent,and and responsibility of anothers actions.
Thereby,law the same said gov.t officials are acting in concert to main-
tain and keep control of an illegal ᴀᴘᴇᴇ  operation/false imprisonment with
an obvious operation of a monopoly operation upon the laws and court pro-
ceedings violating 18 USC 1071.Further ,violation willoccur if this claim
is not processed ,as it would violate 18 USC 1032 as the criminal complaint/
trial by jury would operate as an asset to Pinson,and the public as fair
and just actions.

As the storage of the document in TDC-J became a bailment contract that of
a wharehouseman's agrement having the wharehouse "RETURN" the property
safely and securely in it's possession to Pinson when he returned to the
TDC-JUnit-Price Daniels,However he was transfered to the James V. Allred Unit
in IOWA PARK,TX.76367 and was never returned to the Daniels unit -
MATTERS NOT-he was still under the wharehouse contract for the TDC-J agency
dept. to return the document/property.Pinson documented the demand on the
States Letterhead-&grievance,in order to establish that the property was took
without the owners consent. Further,the failure to comply with the return
or to tender payment in full as requested/demanded ,by facts of the actors
actions "MEETS" the requirements set out under PC.31.05 (4)(b) a person -
did commit offense,without the owners effective consent when they knowingly
fails to return the property or replace the property at the established
fair market value...

aff.                          pg.24

by refusing to tender payment or return of the property -under law of conversion the State Agency/Dept. -TDC-J did convert all of the property and rights therein invested in the failure to tender payment one way or the other did convert the rights and freedom involved belonging to Pinson into a "FALSE IMPRISONMENT"-"KIDNAPPING"- thus establishing Rodney Lee Pinson as a victim, as PC 31.05 (4)(b) stands that they knowingly (1)steals a trade secret,such as the 11.07 document and failed to return or tender payment did there and then become a theft of service as well under PC.34.01.

PC.34.01 THEFT OF SERVICES- (a) person commits theft of servicesif,"with intent to avoid payment for the services THEY KNOW are only for compensation, (1) They intentionally or knowingly  secures performances of services by "DECEPTION,-THREAT,-FALSE TOKEN"  or (2) having disposition of services of another to which he is not entitled to,he intentionally or knowingly diverts- (converts) the others services to his own benefit or that benefit of another not entitled to them (refusing to tender payment or service is a Simple form of INSIDER TRADING- under the SECURITY EXCHANGE COMMISSION-(SEC)).

Pinson will show and establish under PC.34.01 (4) that the state agents-DID intentionally /knowingly secure(D) performance of service by agreeing to provide compensation/payment/performance,and after service was rendered,they fail-(ed) to make payment(s)/performance(s) after recieving a "NOTICE=equalling a "BILL OF PARTICULARS" known as a "GRIEVANCE" that demanded payment.

AND FOR THIS SECTION (b) "INTENT TO AVOID PAYMENT IS PRESUMED" if: (1) the ACTOR absconded  without paying for services or expressly REFUSED to pay/perform specifically (where performances are /for the services in similar circumstances normally paxx paid (incorporates both issues as medical payments/and legal payments on the outlined herein issues as property) under a comparable establishment doctrine.

(A) (2) the actor failed to make payment within 10 (TEN) days after demand, (4) the actor failed to return the property under the rental agreement/ wharehouseman agreement/bailment contract under (B) with in 3 (three) days after recieving notice-grievance-bill of particulars ,if the property is valued over 1500 dollars (as Pinson herein establishes that not only did the lost/ stolen prpty have a value but it also is incorporated  the wages and contractual awards  as an aggration of the theft/robbery charges herein claimed in any and all contracts of conduct/breach thereof) ,under 31.04 (4) as ESTABLISHED to CONSTITUTE "CONTRACT IN WRITING", for purpose of theft of services prosecution ,WRITING  "DOES NOT" necessarily have to be signed by both parties, so long as party not signing contract acceps contract by his acts,conduct or acquiscence"LA  BARBERA" 835 XWQR SW2d 775.

PC.38.01 - (12) defines PROFESSIONAL--as an attorney ..."PHYSICIAN"...or any other person "Bonded"or LICENSED,--CERTIFIED--REGISTERED by a STATE AGENCY that regulates health care professions. Thus under the standing of a "SURETY per 28 USC 3101 Pinson has the right to cause a CRIMINAL WRIT OF ATTACHMENT, under FRCP.23.1 allowing a STOCKHOLDER-Pinson (28 USC 1401) to file a derivated cause of action that is approved by the "AGENCY-STATE OF TEXAS CORPORATION.

aff.                              pg.25

The fact that "YOU" have been assigned to a GOVERMENT AGENTS /PUBLIC OFFICERS POSITION-DUTIES to file all requested/demanded charges as herein described on the behalf of Rodney Lee PInson'sbehalf as he has shown herein & this criminal affidavit/complaint ,Pinson having the "SUPERIOR "RIGHT "PRIORITY PERFECTED"per 28 USC 3201(B) by the written agreement of the criminal laws/STATUTES that have outlined  and attached criminal sanctions for theviolations by the actors overt actions,per AGENCY ORDERS 28 USC @2112, "YOU" are assigned.

THIS ACTION,incorporates any violators/actors wages/contractual awards, and THEIR LICENSES/BONDS be revoked/attached/seized/forfeited/restrained UNDER --"PUBLIC POLICIES"-- each actor for said violations is to produce to &x&x the COURT an INDEMNITY BOND/PEACE BOND in the sum of $5,000,000 (Five Million Dollars )each ,individually and severally as to personal liability under the law-law of the parties PC. 7.23

The STATE OF TEXAS CORPORATION is to produce for each named actor herein on the actors information sheet that shows and establishes the owners testimony as to the value of contractual property that has been violated,THE STATE OF TEXAS CORPORATION is to put into the COURT'S RECIEVERSHIP &% $5,000,000 (FIVE & MILLION DOLLARS ) for each violating actor/debtor as the state is responsable under law of parties pertaining to the criminal responsability of a corporation for one of it's agents per PC.7.22-7.23 .

IT IS,FURTHER ordered that the named persons be removed fromstate property  SEE "RECIEVERS" case laws WEST TEXAS DIGEST,TORT LAW # 37-40,WARRANTY OF FITNESS (UCC 2-305) all having parallel statements/objectives allowing the removal of said actors  with out,I--REPEAT--"WITHOUT PROOF OF DEFECT" in which parallels  the case law herein that a person can be convicted on "HEARSAY" on "UNCORROBERATED" EVIDENCE/TESTIMONY OF A SINGLE WITNESS,as herein Pinson has shown and established that there are HUNDREDS OF WITNESSES setting on the James V. Allred Unit,that will testify and have already testified with a GRIEVANCE/"BILL OF PARTICULARS that are directly applicable under PC.1.03.


In parallelism /concert  operation between PC 31.10 & 28 USC 3201,under a criminal prosecution for the taking of property that is alleged to belong to one of the several joint owners/"STOCKHOLDERS"/"ONE"of "WE THE PEOPLE", the defendant can show that he took the property with the consent of the others and thereby defeat prosecution,Lockett 59 Tex.531."HOWEVER,"where anowner/ joint owner/Agent of interest in the property is not entitled to it,"HE CAN NOT" delegate to another person the right to take the same,and the CONSENT will not " PROTECT" the person taking the property for "AMENDABILITY" for theft of the property,Duren 15 Tex.Crim.624;18 USC 1071 being illegal to conceal any person from prosecution. And in concert with PC. 31.04,the enforcement of the criminal laws herein ,meet the 31.04(4) standing as a contract in writing for the purpose of theft of services prosecution,as the writing does not necessarily have to be signed by both parties"SO LONG AS" the party not signing the contract accepts  contract by his acts,conduct,or acquiscence,La Barbera 835 SW 2d 775.

This verifies  the RICHTS of Rodney lee Pinson herein to enforce this& action as he has quoted a joint operating agreement/contract& of conduct, and that "YOU" have been assigned a FIDUCIARY DUTY/as debtor to prosecute said actions as a Gov.t AGENT -YOU -are bound by the PUBLIC BOND that binds you as a Gov.t Agent to perform under any written law as an agreement of the "TRUE FORM OF GOVERMENT-"WE THE PEOPLES" -consenting orders/28 USC 2112, to enforce the foregoing laws as herein outlined as criminal .Thus causing the said violating actors to be placed before a jury trial on said subject matter.          aff.          pg.26

EVIDENCE  UNDER PENAL  CODE - 1.03

RE: Applicable law / case law shown in firtherance of establishment of complaint.
(1) As Tx.Tech has wrongfully charged me  the sum of $500.00 dollars over the last few years ,it has been noticed/demanded returned through the internal grievance system.
Tx.Tech has refused to return the over charge. Complaintant was convicted under a $3.00 CO-PAY.The grievances showing a nonagreement to the charges,by notice of billof particulars,COMPLAINTANT showed similar case law /law of the case to the following:
   IN RE JONES 226 F3d 328,334-"if Prisoner convicted under settled law,"$3.00"CO-pay-New  RULE  to change it is "NOT"  CONSTITUTIONAL. Thus can be charged as theft."

The new RULE under BANNER 325 F3d 722,723-24-"NON SELF EXECUTING TReaty "NOT JUDICIALLY ENFORCEABLE LAW".Thus COMPLAINTANT seeks relief from manner sentence/condition of confinement/RESTRAINT OF LIBERATION under PC.20.01,thus applies,as Tx.TECH has refused to return the STOLEN MONEY.

Prisoner/Pinson seeking INJUCTION relief under (CRIMINAL) law ,Because prisoner is challenging condition of confinement is proper because prisoner seeks relief from manner of sentence executed,by redress under @ 28 USC 1343 (2) to recover damages from any person who fails to prevent or to aid,(3) to redress the deprivation under the color of state law,statute...of any right,privilege that is secured by the US. Const.-Art.1 Sect.10 Cl.1 "No Law To Abridge a Contract",thus ,as stated in Hudson 468 US @ 530 The Court reasoned that the need for institutional security out weighs the privacy (private) interest of the STATE AGENTS that are using unlawful actions that are against penological interest. Further id.@ 528 n8 &530 n.9-Prison officials /or thier contractors "CAN NOT" ride roughshod over the inmates without impunity,and noting prisoners redress may arise under ADMINISTRATIVE PROCEEDINGS or STATE LAW (Penal Codes) rather than a 4th Amdt.The STATE LAW giving the COMPLAINTANT the greater right.

Thus,CRIMINAL CLAIMS/COMPLAINTS are primarily open to prisoners challenging conditions of confinement that are classified as unlawful treatment,NICHOLS 553 F3d 647,649.

RULES GOVERNING US. DISTRICT COURTS- rule 5 -Advisory note"No Jurisdictional bar"to district court to entertain (criminal actions),... Orderly administration of criminal law precludes  ~~cand~~  considering the dismissal of a criminal claim,absent exceptional circumstances.

(2) The challenge to the illegal co-pay, refusing to provide pain relieving medical tyreatment,refusing to tender payment for wrongfully taken-STOLEN property (co-pay/money, hankerchief with customized art work on it -valued at $100.00, refusing to tender payment for stolen copyrightable legal argument as outlined infra -affidavit,valued at $25,000,000 in damages,and failure to render or tender payment for pain and suffering to a "VICTIM"-valued at $750,000,with the $500.00 stolen money from the co-pay over charge = $25,750,600 dollars under criminal law as aggragated theft),and further...

add to aff.          pg.27 a

... under the aggration it is herein incorporated the value put upon
the denial of ACCES TO COURTS-claim as it was a theft of service/
violation of policy directives of the agency"STATE OF TEXAS CORPORATIONS"
xd orders under thye policy directives known as the PD.22's directly
issued to the Texas Department of Crimnal- Justice-PD.22's # 43,in
which specifically states that the State Agents are"not to interfer in
an inmates legal affairs in "ANY MANNER" ,thus the stolen document that
is previously outlined under the criminal laws as a trade mark secret-
see infra-affidavit,is a seperate claim from the theft of service as the
TDC-J Agency/agents has blocked the access to courts,and is a sperate
value of theft standing at a value of  2.5 Million alone.Being under
the aggragate and continuous/same criminal episode including all the
listed actions herein as criminal the aggragated amount comes to the
sum of $28,250,600 (TWENTY EIGHT MILLION TWO HUNDRED FIFTY THOUSAND-
SIX HUNDRED DOLLARS) as the previous testimopny is in concert with this
testimony to establish value the complaintant proffers the evidence of
value to be strictly u8nder the "OPEN PRICE CONTRACT-CLAUSE of the
CONTRACT (ED) LAW (UNIFORM COMMERCE CODES 2-305 OPEN PRICE CONTRACTS,"
awarding COMPLAINTANT the set price herein under law,for damages per
State of Texas (Corp)/PC.20.01,28 USC 1343(2),(3),(4),PC.34.01(4)-
withholding the disposition of a service.

And as a preliminary injunction under the protection of 28 USC 1357,
injury under the federal law the District Court "SHALL" have original
jurisdiction of any civil action commenced by any poerson"Pinson",
to recover damages for injury to his person or property on account of
any act done upon him.For the "PROTECTION and/or COLLECTION" of any re-
venues,or to "ENFORCE" the rights of a citizen "Pinson".

Pinson bringing challenge to the jurisdiction of the state Of Texas
Corp.(28 USC 1349) under Harris 149 F3d 1304,1309 The challenge of juris-
diction can not be forfieted/nor procedurally defaulted to challemge as
an imposed enhanced sentence,nor can the complaint-demand of criminal
charges be defaulted,without standing as an imposed enhancement to the
sentence.

COMPLAINTANT as well as the defendants are entitled to present evidence
undfer the 6th Amdt Confrontational clause,as wel;l as the state PC.1.03
to the JURY TRIAL "AWARDED under the 7th Amdt.of the US CONS.GUARANTEED.
The 6th Amdt. clause is allowed to the defendant to establish "ACTUAL
INNOCENCE" as outlined in Bousley 523 US 614,623-24,elaborating-
"ACTUAL INNOCENCE"-meams -"FACTUAL INNOCENCE" not mere legally sufficient.
And the Gov.t/this court are not limited to the existing record and the
COMPLAINTANT may present any evidence of defendants guilt to the trier
of facts-the JURY. Under "OWENS" 483 F3d 48,56 n.6"REQUIRING DEFENDANT(S)
to show actual innocence to over come procedural default (under criminal
allegations/charges).
As Pinson is a prisoner,prisoners retain "FUNDAMENTAL RIGHTS" under
Turner 482 US 78,95-97;Wilkinson 545 US 209,222-23,prisoners retain
"DUE PROCESS RIGHTSØ to enforce criminal charges)to/from to be free from
restraint which imposes Atypical and significant hardships on the inmate
in relation to ordinary incidents of prison life,including the right to
be free from cruel and unusual punishment(to be free from subjection of
criminal activity being imposed as an enhanced sentence,including the
right to be pain free by medical treatment and the right to be secure
in ones person,effects from theft) Farmer 511 US 825.

add to aff                    pg# 27 b

Further, Bounds 430  US 817,821 states prisoners retain the rights to acces the courts (1) this was blocked by the theft of the foregoing mentioned trade mark/trade secret document(s)-11.07 argument that was stolen while in TDC-J possession,the denial of access to courts is established by the facts that you can not LITIGATE what you do not have, because the state agents allowed it to be lost/stolen from their possession. The harm comes by/established by the factual showing of a simple physical showing of evidence that there is "TWO- significant standings in the simple sentences -EXAMPLE- (A) Bob was in the store at the time the shooting happened,verses (B) Bob was at * the storex when the shooting happened i-- is factually proven to be two different standatds of a factually legal composition of evidence/proof of elements that the APPELANT Pinson/State must demonstrATE/litigate,thus if Pinson's legal document argues one and the state argues it wasw the other then harm /denial of access to courts is established as a matterr of law,per FRCP.50.
(2) Prisoners retain the right to DUE PROCESS to be imposed under the penal system,Quoting Wolff 418 US 539,556,and seconded by Lee 390 US 333-34,as prisoners retain the rights of equal protections of law(s).

As shown under the self defense of the foregoing establishment of self defense under the 17 USC 102/301 citing in the affidavit,as well as under Gill 389 F3d 379,384 it is a 1st. Amdt. claim of "RETALIATION" stated if prison offixcials issue "FALSE DISCIPLINARY CASES" and sentence inmate to (a restriction of movement under  the peeviously cited PC. 20.01 unlawful restraint-defendant intended to prevent the liberation of complaintant,Curry 30 SW3d 394.) for utilizing grievance system.
 This specifically applies to the defendants -Tx.Tech Agents (A)Kenyon Paige,(B) Marcy o'dal,(C) Joseph Eastridge for violations established and outlined on the grievances/bill of particulars/the commercial affidavits,but not limited to just those defendants ,but rather applies to all the defendants herein,cited in the grievances/bills of particulars/ commercial affidavits as known or unknown defendants,especially for "WITHHOLDING THE DISPOSITION OF SERVICES".
 ALL DEFENDANTS -are guilty of "WITHHOLDING DISPOSITION OF SERVICES, per PC.34.01 (4) "THEFT OF SERVOCES",in concert under compoundment of 1 st.Amdt. claim/criminal claim stated when Gov.t /Prison officials withheld and destroyed inmates property-including (impairment of valid contracts/refusing to perform legal duties owed, Failure to protect/ failure to tender payments owed/failure to tender performances owed- including both legal duties as well as medical duties under contract(s), including the failure to preocess grievances on assault/sexual assault/ theft of property as such copy of one of the unprocessed grievances is herein included on the immediate cited issues but also as to other issues not processed by the grievamce department,that was then grieved.
It is unknown which grievance cordinator violated PC.34.01(4) by withholding the disposition of services by not processinfg the grievances, so as to include the right one,and thier SUPERVISOR-BRYAN COLLIER,the EXECUTIVE DIRECTOR of TDC-J under law of the parties as being criminally responsible for the actions of the 3 (THREE) grievance cordinators on the James V.Allred Unit in IOWA PARK,Tx.76367,bexing tyhe following...

add to aff.            pg 27 c

...the grievance department defendants are as follows  (1)Tracey Cook,
(2) Mr. Ivey, and third(3) Mr.Hicks since it is unknown which person
committed ther crime PC.34.01(4) ,I herein list them all,and all under
PC.722,7.23  as person responsible for the others criminal activities,
individually,and severally if the actor is listed in any form or fashion
in any manner in any of the grievances/bills of particulars/commercial
affidavits concerning any subjected matter filed by complaintant "Pinson".

Per,Rhodes 408 F3d 559,568 1st Amdt claim stated when prison official
withheld and destroyed inmates property and "ASSAULTED HIM (UNDER PC. 1.07)
because of filing grievances (this is especially Joseph Eastridges motive
and means of retaliation and his use of his license as a medical provider
on the Allred Unit= see means and methods citing infra affidavit),in con-
cert,and further under establishing a ceriminal claim under Boxer 437 F3d
1107,1112-1 st Amdt./criminal claim stated by allegations/facts that pri-
soner was punished for using the grievance system.

Warranted through THORNBURGH 490 US @ 411,the COURT indicated that on-
going...criminal activity posed a threat to (prisoners safety/health)/
prison security sufficient to justify CENSORSHIP,id @ 412-416,as well as
a claim is stated under Morris 449 F3d 682,687 (5th Cir.) when prisoner
stated transfer(from cell to cell-one violent cell mate to the next viol-
ent cell mate,that was done either because of filing of grievances or for
retailiation,within days of filing or the return COMPLAINTANT was moved
into cells with violently recurrance behavior that is established by thier
I-202 Classifications reports that the UNIT CLASSIFICATION COMMITEE uses.

It is herein part of the criminal claim of assault/theft of services
that the Unit classification committee is a part of the criminal scheme
of/use of retaliation for writing grievances againat certain officers/
contractors (eg. Tx. Tech Agents),and under Thornburgh-criminal activixty
or threats of blacmail posed a threat to (prisoners safety/health ...are
sufficient to warrant  censorship and federal injuction,asnd imposes a
duty upon this Court under 28 USC 1343 (2) to be able to recover damages
from any person failing to prevent,this is also a criminal application as
to the Warden (s) "Warden Smith's" responsability to secure the safety and
health of Mr. Pinson,and applies to all grievances past or present.

Further under 28 USC 1343(2) this court has duty to prevent,in which Mr.
Pindon ask the court to evaluate the situation under 18 USC 3626 ,a 3 panel
judge setting involving the release orders of the prisoner RODNEY LEE
PINSON in a case involving overcrowding. As Mr. Pinson has been steadily
placed in what is called overflow housing (11/or 12 Bldg. as part of the
retaliation for filing grievances at least once a year in between other
continuous cell to cell moves. Per Surprenant 424 F3d 5,20-21 8th Amdt x
violation/criminal violation for exposure to health hazard,per PC.20.02(a)
person commits offense if the person intentional;ly or knowingly...under
(c)(2)commits a felony of the third degree if (A) the actor RECKLESSLY
exposes the VICTIM to a substantual risk of serious bodily injury as de-
fined under PC. 1.07,Sizemore/Garcia. The recklessness is established by
the record of the James V. Alred Unit itself with the specific citing of
celly against celly violent assaults upto and including DEATH,from either
violentl prone inmates or seriously mentally ill inmates causing serious
bodily injury or death,neither being atypical,but classifying as a direct
hardship of an unlawful enhanced sentence to have to suffer through these
kinds of retailiations/assaults.

add  to aff              pg.27 d

Under Mata 427 F3d 745,754-55,8th Amdt./criminal complaint/assault is established because prisoner/complaintant/Pinson experienced PAIN,and was denied medical treatment. Crimiual offense stated when prison offi- cials by deliberate indifference disregard excessive risk (potential risk per PC.20.02(a) a person commits offense if he intentionally ...(A) or recklessly expodses the "victim" "Pinson"to a substantual risk of serious bodily injury as defined under PC. 1.07,"Sizemore,Garcia".And per Easter 467 F3d 459,463-65 (5th cir.) criminal negligence sufficient when defend- ant showing deliberate indifferrance to serious medical needs,by violation of PC.34.01 (4) withholding disposition of services knowingly,or with reckless disregard;Jett 439 F3d 1091 criminal ofdfense,by deliberate in- differance claim stated when prisoner/complaintant cites excessive delays in recieving treatment. Criminal offense stated/,delib. indif. when Medi- cal staff failed to diagnose prisoner further,(1) because provider/Dr. was aware of prisoners pain,(2) criminal complaint established because medical staaf refuses to diagnose due to prisoner using grievance system. Per Helling 509 US 25,34-35...claim stated when prison offical s expose Pinson to an unreasonable risk of serious bodily injury,Further id @ 33,stating it would beodd to deny an injuction/criminal complaint to an inmate who has plainly proved an unsafe,life threatening condition in the prison system,on the predicate that nothing yet has x happened to the inmate.

IN THIS INSTANCE PINSON SHOWS CAUSE FOR CRIMINAL PROTECTION ORDERS , as the "VICTIM" of assault/sexual assault,victim of robbery/theft of property/theft5 of services.


SO SAYETH THE AFFIANT,under penalty of perjury 28 USC 1746,this evidence is to be included in the original 27 page affidavit/crimnial complaint/ commercial affidavit/bill of particulars under the "IN PARIA MATERIA DOC- TRINE"- all documents read as one.

PRAYER

Complaintant,Rodney Pinson ,hereby prays this Honorable Court ,GRANT him relief and file this criminal complaint,and set trial date for jury trial.



Date:4-29-2022.
_____

Rodney Pinson,28 USC 3101-SURETY/28 USC 1401
STOCKHOLDER/Complaintant-Affiant

aff                    pg 1-27e

*Rodney Lee Pinson, herein being the COMPLAINTANT, upon this criminal complaint has read and is fully AWARE OF the consequences of perjury: including the following statements:

(1) Any person ,who signes and verifies a criminal complaint ,may be prosecuted and convicted for aggravated perjury if the complaint contains any false statements of material facts,per PC. 31.03 (239) gain by false misrepresentation,and

(2) Rodney Lee Pinson,has transcribed the said criminal application under his own hand as being true,correct,and nothing but the truth to the testimony herein contained under the penalty of perjury ,per 28 USC 1746.


## OATH BEFORE A NOTARY PUBLIC


STATE OF TEXAS

COUNTY OF WICHITA

Rodney Lee Pinson,being duly sworn,under oath oath says:"I am the complaintant in this action and know the contents of this as a  criminal complaint,and according to its statements to be TRUE and CORRECT,and the TRUTH AND NOTHING BUT THE TRUTH ,do I hereby testify to and swear as to be so as true.

_Rodny Pinson 17/6/19_____

Rodney Lee Pinson    Complaintant


SUBSCRIBED AND SWORN TO BEFORE ME THIS____DAY OF_____,

0/0  2022.

_____ReFuSed to NoTARIZe 4-20-22.

Signature of NOTARY PUBLIC


MY COMMISSION EXPIRES_____:


aff.

Pg.27 of 27  27q-27e

AFFIDAVIT  TO  CRIMINAL  COMPLAINT

RE: ASSAULT and THEFT OF SERVICES,

Mr. *Rodney Pinson,* _____,having no other defense under law,with"IMMEDIATE"
consequences,respectfully request the herein actions to be taken by this
court,and HONORABLE JUDGE HAL RAY Jr.,being a respected MAGISTRATE JUDGE,
to enforce the criminal complaint under the following:
(1)The STATES*(Tx.'s) liability fora PUBLIC SERVANT under Tx.Civil Pract-
ice and Remedy Codes ,Chapter 104,and
(2) The statutory duty imposed under 28 USC 1343(2),to recover damages
from"ANY PERSON"-"WHO FAILS"to "PREVENT or to AID9a person in distress)from
the occurance of(1) in furtherance of a conspiracy mentionedin title 42
USC 1985,or under 18 USC 1071(being ILLEGAL TO CONCEAL A PERSON FROM PRO-

SECUTION),(2) which he had knowledge of a (criminal act) was about to
occur,or occured and had the power to "PREVENT",and thus siuch power
to demandsuch actions as herein criminal-complaintare awarded to Mr._____
*Pinson* _____,herein 28 USC 1343 (3)to redress the deprivation under any
color of law,state law ,statute,regulation,custom or usage,of any right
including criminal charges to be brought against said offenders,as such
privilege secured by the UNITED STATES CONSTITUTION ART.'s 1 sect.10,cl.1,
14th Amdt.EQUAL PROTECTION applicable to the STATES(including TEXAS),that
"NO LAW SHALL BE MADE TO ABRIDHGE A CONTRACT",including criminal charges to
be brought against STATE AGENTS/EMPLOYEES?CONTRACTORS thereto,as it "IS
ILLEGAL TO CONCEAL ANY PERSON FROM PROSECUTION,Per 18 UISC 1071",and as the
criminal charges/convcictions wouyld operate as a matter of law(FRCP.50),as
an asset by duty to prevent,18 usc 1032 States specifically "IT IS ILLEGAL
TO CONCEAL AN ASSET".And it is considered an asset  for "YOUR DUTY" to
recover/PREVENT 28 USC 1343(4)to recover or secure equitable relief under
any act of CONGRESS providing for PROTECTION,of a citizen-Federal citizen/
then State citizen,including the incarcerated citizen,under the "COMMERCE7
ANTITRUST LAWS as the amount in controversy (or performances)is under 28
USC 1337/15 USC's-protecting trade and commerce(a qwuid pro quo-exchange
for tax dollars for govermental operations/functions/protections-paid for
specifically the goverment agents specific lawful performances,such refusals
as masked by Eastridges refusal or other said actors that are not aware of
(the termonology of such violations like insider trading)and other federal/
state law is "NO EXCUSE"as the said actors/violators have shown a pro-
pensity to operate a monopoly in trade violation of the 15 USC's due to the
amount in controversy being over 4 10,000 dollars.
The violator/actors refusing to pay/tender payment for stolen propkerty are
guilty of the same violations of operating/attempting to operate a monopoly
with a value in controversy of over $10,000Dollars,as is the claim herein,
of the amount due in controversy of the stolen property belonging to
Mr.*Pinson* _____, and as such is a failure of bond(ed) performance to
/for tendering of payment.

aff. CC                    pg.1 of  2

As BONDS are executed under 28 USC 1352-FEDERAL LAW, and Pinson being of the status of a SURETY-28 USC 3101, and a stockholder under 28 USC 1401, has priority right (per 28 USC 3201(B)) to enforce bond removal/LICENSE removal per 28 USC 1446(e), as to the priority filing as Mr. *Pinson*, had right by priority filing/interest before the conviction under which he was charged, thus he retained said right under FEDERAL LAW, and per 28 USC 1357 the District Court "SHALL" retain original jurisdiction of any civil actions (a civil action incorporates the filing of a criminal complaint, as well) to be commenced against "ANY PERSON, or ORGINIZATION, CORPORATION=the STATE of TEXAS CORP.-28 USC 794, and complaintant having the right(PC.1.03 to bring all evidence to bear-)including the "RICO ACT" against said violators/debtors, and further evidence that Mr. *Pinson*, under FEDERAL LAW 28 USC 3002(15) the FEDERAL CORP.is superior to the STATE of TEXAS CORP.28 USC 1369 being the subordinate corp., thus giving and AWARDING Mr. *Pinson*, the superior rights of a federal citizen, to enforce criminal law against the subordinate corp. The STATE of TEXAS Corp./or it's agents under 18 USC 1071, thus the evidence that the state of TEXAS was the only state to enter the federal corparation by agreement, the STATE of TEXAS agreed NOT TO SUPERSEDE the federal corp.gov.t in the year of 1865, in which the state of Texas joined the FEDERAL CORPORATION.

And as it stands under operation of law as cited herein, bonds are executed under FEDERAL LAW 28 USC 1352, thus 28 USC 1343 in it's entirity creates a statutory lien against actions for the exchange of wages-tax dollars for gov.t agents performances, isthe factual make up of a commercial lien, as stated herein as the truth ,nothing but the truth, and the recieving Court/Goverment agent with duty to prevent any violation considered harmful has a duty to prevent,(2) ,and to recover damages or secure equitable relief under any act of congress providing for the protection "OF A FEDERAL/STATE CITIZEN ,such as Mr. *Rodney Pinson*

*Rodney Pinson 5-16-22*

RodNey PiNson.                    SURETY 28 USC 3101/STOCKHOLDER 28 USC
                                 1401,TRUE COPY-an exact,complete,and unal-
                                 tered original,signed by the"JURAT",

And as such Mr. *R. Pinson*,stands as a "JURAT" as it is a cert-ification added to the document stating when,where,when,and whom such document was presented,with authentic signature.

aff. CC                pg.2 of __2__ ,incorporated herein in the foregoing affidavit as the same document under the legal standing of "IN PARIA MATERIA" -all documents read as one.

"SO,HEREIN,NOTICED/DEMANDED per public policy/agency orders 28 USC2112.

*2 of 2.*

Exhibit A

# Texas Department of Criminal Justice

## STEP 1

**OFFENDER GRIEVANCE FORM**

OFFICE USE ONLY

Grievance #: _____

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

**Offender Name:** Rodney Pinson   **TDCJ #** 1716419

**Unit:** Allred   **Housing Assignment:** 19-Z-32-B

**Unit where incident occurred:** Allred

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? JJoseph Eastridge   **When?** 4-28-2022

What was their response? It's all muscle/aches pains

What action was taken? none

**State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate**

ASSAULT:PC.1.07/22.01 (a)person (EASTRIDGE) commits offense if(1)intentxioinall;
or RECKLESSLYcauses bodily injury to another(Pinson),under PC.22.04injury to a
disable individual(Pinson),22.04(a) if he intentionally/recklessly or with
criminal intent/negligence by ommision causes serious bodily injury under 22.04
(a)(1),(2),(3)(a-1)...(c)(3)is a disabled person substantially unable to protec
himself from harm.PC 22.04(4)(d) the said actors(EG.-WARDEN SMITH/Tx.Tech-J.
Eastridge) have assumed care/custody,if the actors by words or conduct acted as
to cause a reasonable person to conclude that the actors have accepted respons-
ibilty for protection/food/medical care,(4)(e) is a felony when committed inten
tionally,1st degree. Under PC.34.01 (4) Eastridge has withheld the disposition
of medical services(treatments to relieve pain),"PC.34.01(a)person commits(East-
ridge)theft of service if they intentionally withhold a service to avoid paymen
of service(medical cost increase to Tx.Tech),in which is his motivation to with
hold the services,or it is done strictly to punish inmates who file grievances.
As sizemore 387 SW3d 687/688/PC.1.07 defines serious bodily injuryoutlining the
847,848
ASSAULT,including Garcia367 SW3d 683,688,defining/including"IMPAIRMENT" as any
deminished capacity of "ANY BODILY ORGAN"in which the person suffering from in-
jury is capable of testifying to without the physicans testimony as to the ser-
iousness of the injury/effects against daily life activities(american disabilit
act-42 USC 12183-89),per MATA 427 F3d 745,754-55 criminal claim/8th Amdt.claim
stated when prisoner allegedly experienced pain,and was denied medical treatmen
as in Mcelligot 182 F3d 1248-crim.off./delib.indiff. stated when medical person
nel (Eastridge) failed/refused to further investigate medically/or properly dia
gnose because doctor/provider aware of inmates pain/or refuses to address the

I-127 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix F

...t of retaliation for Pinson filing grievances.The License Eastridge holds is ...iving him the means and method to coomit these assaults/robberies.the Wardens/ ...XEC. Director as well as the TEXAS MEDICAL BOARD are criminally responsible for ...he actions of Eastridge (see malicous creditialing case law) ,Herein parties x ...re criminally responsable under PC.7.22,7.23,as officers of the STATE OF TEXAS ...ORP.as 28 USC 1369 specifically states texas is a corp.Pinson,being Surety/STOC ...HOLDER 28 USC 3101/1401 has right to call for BOND REMOVAL(28 USC 1446(e)),28US ...1343(2) to recover damages from any person "WHO" fails to prevent-A CRIMINAL ...CT -being further assault against "Pinson"also having established right to re- ...over for damages under 1343(4) to recover or secure equitable damages(bond in- ...rease for violations,including restitution/criminal charges to be brought.

**Action Requested to resolve your Complaint.**
...e removed from work-placed med.squad,and knee braces,cortizone shots,steroid sh ...ts for back/shoulder-med. shoes  for eczyma,heal spurs

Offender Signature: _____    Date: 4-29-2022

**Grievance Response:**




**Signature Authority:** _____    Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:        *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission        UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

**2nd Submission**        UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

**3rd Submission**        UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

Appendix F

Texas Department of Criminal Justice

*Original / CC on File 4-26-21*

**STEP 1 OFFENDER GRIEVANCE FORM**

*Pinson, Rodney*

| | OFFICE USE ONLY |
|---|---|
| Grievance #: | 2021101559 |
| Date Received: | 27 MAY 2021 |
| Date Due: | 11 JUN 2021 |
| Grievance Code: | I-1456 |
| Investigator ID #: | |
| Extension Date: | |
| Date Retd to Offender: | MAY 06 2021 |

Offender Name: _Rodney Pinson_ TDCJ # _1716419_

Unit: _Allred_ Housing Assignment: ~~4-F-4-B~~ 4F 14B

Unit where incident occurred: _Allred_ 4F 14B

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _N8C / Pill Nurse_ When? _4-24-21_

What was their response? _Nothing ORdered_

What action was taken? _None Denied Adequate Medication_

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

ON 4-17-21 I was Seen By nurse Jones AT nurse Sick Call She told me to check Pill window to see if my PAIN meds HAD Been ORdeRed I did Just that on 4-24-21 AND nurse Stated Nothing had Been ORd ered to Relieve the Constant Pain I AM IN. UNDER The CRIMINAL Codes And PRoc. ART. 6.01 States it is Criminal Activity to Not PeRFoRm Duty to PRevent haRm, (PAIN) AS 28 C.F.R §35,172 A.D.A. Sec.505 PubliC Entity PROVISION Applies To TDC-01/TAP CoNtRActoRS Tx.Tech The AMeRiCAN DisAbility Acts States is NOT TiDd to Severity of the inJuRy But the effect it hAS on DAily Living Upon youR Bodily FunctioNS. PenAl Code 1.07 STATES That to CAuse Any Bodily ImpAiRmeNt in Any FoRm ConstituteS CRimiNAl ACTion. AS Such Tx.Tech hAS AlReAdy Answered pReviouS gRievances That I would Never Be PAin FREe  But they keep on issuing An insuFFicent AntiinFlamitoRy Medicine that has Been well Documented AS inSuFFicent Pinson heRe in cites he has A Right to Be pain FRee 9 MATA V. SAIZ 427 F3d 745. AS Medical Records will Show ODAI HeRSelf hAS ORdeRed AND incReASed gAbApenton in the PAST, Showing SuFFicent EvideNce that the knowledge AND Level oF PAin SuFFeRed is ReAl. AND To Deny Such AvAilAble PAin Relief is SuFFicent evidence OF DelibeRAte iNdiFFeRence -CRuel/unusual PunishmeNt By the 8th 2/8 CiR. See Lavendel 242 F.S.2D 821 Count enFoRced Reorder oF gAbApentoN, F.R.Civ.PRoc 70(A) Ct to ORdeR Such ACTions, As well Pinson heRe in...

I-127 Front (Revised 11-2010)     YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM          (OVER)

*Exhibit B.*

signed
retur..

Appendix F

money involved Tx. Diamond 478 W3d 589,

Cites "His Right to have the Warden/Tx. Tech Removed As guardians of Pinsons Medical Care By Ct-order/Dept. of Justice under Law of Contracts And Have their Personal wages/corp. contracts Seized By D.O.J. As There Are only to nominations to them Actions-Legal/illegal, As They Can't Change the Contract/Fed. LAWS "Kuhn 745 F3d 109, citing herein UNDER SLADE 232 Sw3d 395 NO QUALIFIED Immunity to STATE Agents/Sub Contractors, As Their failure To Perform Their Duty to Provide For Safety/health, The Court D.O.J. TDC-J/Tx Tech CAN Not Deny Conversion of Services into AN Equitable Remedy to have Fed. govt Seize the ill gotten money involved Tx. Diamon

**Action Requested to resolve your Complaint:** TO Have Warden Smith/marcy odal/Joseph Eastridge Removed As Trustees/guardians - Be provided gabapentin For pain/shots For knees

**Offender Signature:** Rodney Pinson / 1716419          **Date:** 4-26-21

**Grievance Response:**

Documentation obtained from your electronic health record reflects that you were seen by the medical provider on 04/29/21. The medical provider reordered Meloxicam for your reported pain, however your request for steroid injections has not been approved by the Regional Medical Director at this time. You have been seen in accordance with Correctional Managed Health Care Policy A-01.1 and may continue to be seen via the sick call process.

**Kenyon Page**
**Medical Administrator**

**Signature Authority:** _____          **Date:** MAY 0 4 2021

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:** *Resubmit this form when the corrections are made.*

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance # _____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

**OFFICE USE ONLY**

Initial Submission          UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

2nd Submission          UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

3rd Submission          UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

I-127 Back (Revised 11-2010)

Appendix F

Exh. B. + S

Ex. A   ASSAult gRievANce - Filed 4-28-2022
        Awaiting Response.

Ex. B  gRievANce # 2021101 554 - DeniAl of MedS.

Ex C   OIA - REQuest I-60 - No ANswer

Ex D  2021101 559

Ex. E  - I-60 Request to NOTARIZE PRooF of Claim
       Request MADE (EviDeNce)

Ex. F  DisciplinARy.   (g) RetAliAtion - 202206-
       Include!               (H) gDeFY.       9817.
(1,)  6 PAges 28 U3C oatLine  (F) Light therapy - Authritis.
(2)  CompLaint    32 Pg.'s   (f) Denial of Treatment.
(3)  2 Pg's  STATE/Fed Rights oatline    20 22066025.
(4)  2 Pg.s  housing T.RO -
(5)  2 Pg. 17 U3C Restraining ORDer.
(6.)  Med. PReLim injunction Restrain OAS —— Needed.

**IBJECT:** *State briefly the problem on which you desire assistance.*

TO: OIG-SUBJECT MATTER"OPI/SEXUAL ASSAULT"-On 9-9-21leadsto 9-10-21 Friday morn. I was sexually assaulted by my celly in 3-c-29 cell.I wish to file the proper paper work. At present I am in transit 2-20. I have already filed a I-60 with MRS.VIOTOLA/classifications 2 weeks ago requestin g to not be housed with such violent offenders. This evedently has been ignored. I am 50 years old with documented disabilities to back/knees/shoulders/ and completly 100% disabled left hand. Futher camera will show I was let out of my cell by rover@ approx. 11:30 ish on the9th, met with SRGT.LIPPERT,WHO put me back in cell with the offending party,in violation of both assault/and PREA standards of operations for inmate safety. To that issue I wish to file "L .I.D. against LIPPERT/HEAD WARDEN. (CC: my file/court/OIG FILE) / D.a.J.

| | | |
|---|---|---|
| me: Rodney Pinson | No: 1716419 | Unit: ALLRED |
| ving Quarters: 3/C-29-B//TR@ 2-20 | Work Assignment: | |

**SPOSITION:** (Inmate will not write in this space)

*Exhibit C.*

60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — **INSTITUTIONAL DIVISION**
# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO TH PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ☐ *Visiting List (Asst. Director of classification, Administratic Building)*

6. ☐ *Parole requirements and related information (Unit Paro Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, infor mation on parole eligibility, discharge date, detainers-U Administration)*

8. ☐ *Personal Interview with a representative of an outsi agency (Treatment Division, Administration Building)*

TO: __PREA-COMPLAINT_____    DATE: __9/11/2021_____
*(Name and title of official)*

ADDRESS: __ALLRED_____

**SUBJECT:** *State briefly the problem on which you desire assistance.*

Need LAy in to CeRTiFy / NOTARy PuBLiC

My AFFiDAVit to the Courts.

Deny 4-20-2022 in PeRson Denial At LAw

Library / micheal

Wheeler

Name: ROODNey PiNSON .     No: 716419     Unit: AllRed.

Living Quarters: 19-7-32-B     Work Assignment: LAunDRy 4:00-12:00 AM

**DISPOSITION:** (Inmate will not write in this space)

APR 18 2022

Exhibit E
(Evidence)

☆I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — **INSTITUTIONAL DIVISION**

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: _LAWLiBRARy_    DATE: _4-18-2022._
    (Name and title of official)

ADDRESS: _AllRed._

CHARGING OFFICER: EVERS, Q LMIII         SHIFT/CARD: 1 H
GRDE: MI / TRW  OFF.DATE: 02/28/22    AM  LOCATION: JA LAUNDRY
TYPE: ID

OFFENSE DESCRIPTION
ON THE DATE AND TIME LISTED ABOVE, AND AT JA 6 BLDG LAUNDRY
INMATE: PINSON, RODNEY LEE, TDCJ-ID NO. 01716419, REFUSED OR
FAILED TO TURNOUT FOR HIS WORK ASSIGNMENT WITHOUT A LEGITIMATE REASON.

CHARGING OFFICER: EVERS, Q LMIII         SHIFT/CARD: 1 H
INMATE NOTIFICATION
                                      IF APPLICABLE INTERPRETER,
TIME/DATE NOTIFIED: _____ _____ BY: (PRINT) _____ _____
YOU WILL APPEAR BEFORE HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS
NOTICE. YOU HAVE THE RIGHT TO SUBMIT A WRITTEN STATEMENT AND MAKE A VERBAL
STATEMENT. DO YOU WANT TO ATTEND THE HEARING? YES NO    IF NO, HOW DO YOU
PLEAD? GUILTY NOT GUILTY
   INMATE NOTIFICATION SIGNATURE: _____    DATE: _____
BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24-HOUR NOTICE AND AUTHORIZE THE
HEARING OFFICER TO PROCEED WITH THE HEARING.
   INMATE WAIVER SIGNATURE: _____    DATE: _____
HEARING INFORMATION
HEARING DATE: 03/11/22 TIME: 5.21pm INTERPRETER SIGNATURE: _____
EXPLAIN BELOW IF HEARING WAS NOT HELD WITHIN SEVEN DAYS, EXCLUDING WEEKENDS
AND HOLIDAYS, FROM THE OFFENSE DATE: did not receive until 3/6/22
   INMATE STATEMENT: _____
             Refer to a grievance I have with medical

OFFENSE CODES:           25.0
   INMATE PLEA: (G, NG, NONE) |not guilty|____|____|____|
FINDINGS: (G, NG, DS)       | guilty |____|____|____|
                         PUNISHMENT
LOSS OF PRIV(DAYS)_____  REPRIMAND_____
 *RECREATION(DAYS) 10      EXTRA DUTY(HOURS)_____
 *COMMISSARY(DAYS) 10      CONT.VISIT SUSP THRU ___/___/___
 *PROPERTY(DAYS)..._____  CELL RESTR(DAYS)_____
 *          (DAYS)_____
   INMATE SIGNATURE FOR RECEIPT OF FINAL REPORT: inmate refused to sign
   U. M Bork
HEARING OFFICER (PRINT)                  WARDEN

(FORM I-47MI)CONTACT A STAFF MEMBER IF YOU DO NOT UNDERSTAND THIS FORM
(REV. 04-10) COMUNIQUESE CON UN MIEMBRO DEL PERSONAL SI NO ENTIENDE ESTA FORMA

Exhibit F

## Texas Department of Criminal Justice

*Informal Resolution Attempt*

**STEP 1** OFFENDER
GRIEVANCE FORM

*Pinson, Rodney*

**OFFICE USE ONLY**

Grievance #: _____

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: **Rodney Pinson**     TDCJ # **1716918**

Unit: **AllRd**     Housing Assignment: **7-F-50-8**

Unit where incident occurred: **AllRd.     19732**

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? **J. Eastridge**     When? **2-10-2022**

What was their response? **None     FEB 22 2022**

What action was taken? **None     FEB 22 2022**

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On 2/10/2022 I was seen And Denied treatment by medical personnel Joseph Eastridge - per Penal Code 1.07 "Serious Bodily injury" may be established without physicians testimony when the injury And its effects Are obvious. The person who sustained injury (Pinson is qualified to express An opinion About Seriousness of the injury " Sizemore 387 Sw.3d 824, 828 (Tx 2012); Tx Courts interpret "Impairment" to include the Diminished capacity / function of A bodily organ "Marcia 367 Sw 3d 683, 688 (Tx 2012). Per ADA Title II, And Title III, Sect. 504 " No individual with A Disability Shall be Denied the benefit of Any Program or Activity Recieving federal/State funds, upon info. Tx, Tx tech, Recieves Fed. Financial Assistance/Contract Awards per 28 USC 794(a); 42 USC 12181-89 (2012). Per Pinson's Records (I-60's-grievances) Showing, Establishing testimony About the Seriousness of injuries (Shoulders, Back, knees, hips, heel Spurs, And the Pain involved ) he has A right to testify there upon the Pain Caused by lack of treatment, that Meets A Pain Relief Standard, thus Giving Rise to Pinson being Justified in having Wardens (Tx Tech Removed As Receivers under the 28 USC Judicial Procedures, or An Increase of Bonds, under An personal Recognance bond (not Supported by State) to be Acquired under the 28 USC's per Court order, Along with A Criminal trial per Violation of Penal Codes 1.07 et Seq. The Wardens have A Duty to ensure/insure the performance of Contracts See Tx. Govt Codes, And it is the wardens Specific Duty to Protect the Safety And health of All inmates including Pinson (OVER)

I-127 Front (Revised 11-2010)     YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM

Ex. J

Appendix F

the I-60; grievances Are Direct Bill of Particulars in which to LADFADHAT to Tech were Failed under UNDER the ESTATE/ PROP. Code 115-112 WARDEN/ A Tech DEVERSITY there vote of JUST Actions FOR that of "we the People" thus Any case Law showing the right to be PAID Free, shown to the Court FOR enforcement under 28 USC? will suffice to cause Court to Increase Bond(s), Remove WARDEN/ A Tech, As Reciever, See Key Phrase, Recievers Key, 935 et. Seq. Law LiBRARy, Pinsons Brief under 28 USC guidelines, per 28 USC 2112 Specifically, As Agency Order? FEB 22 2022

---

**Action Requested to resolve your Complaint.** WARDEN TO INTERVIEW PINSON PERSONALLY, to ATTEMPT InFormal Resolution herein.

**Offender Signature:** Roddy Pinson 1716419     **Date:** 2-21-22.

**Grievance Response:**

---

**Signature Authority:** _____    **Date:** _____
If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☒ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** C. Hicks / G. Hub

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:**

**I-127 Back** (Revised 11-2010)

**OFFICE USE ONLY**
Initial Submission    UGI Initials: GH
Grievance #: 2022066025
Screening Criteria Used: 689 #5
Date Recd from Offender: FEB 22 2022
Date Returned to Offender: FEB 22 2022
2nd Submission    UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____
3rd Submission    UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

Appendix F

*CAMERA! DROP BOX AT 4:00 AM-3-2-2022*

*MAR 17 2022*

**Texas Department of Criminal Justice**

*ORIGINAL.*

# STEP 1

**OFFENDER GRIEVANCE FORM**

*Pinson PRIORITY! RETALIATION*

Offender Name: Rodney Pinson          TDCJ #1716419

Unit: Allred          Housing Assignment: 19

Unit where incident occurred: Allred          Allred

**OFFICE USE ONLY**

Grievance #: 2022069817

Date Received: MAR 01 2022

Date Due: APR 15 2022

Grievance Code: 638

Investigator ID #: I-1456

Extension Date:

Date Retd to Offender: MAR 17 2022

192.32

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Cptn Ferris          When? 2-25-2022

What was their response? You have a job regardless of your disabilities

What action was taken? was told to either turnout or case

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

RETALIATION: I wrote a grievance the prior week, notifying Administration of the failure of Tx.TECH to provide adequate medical to relieve pain.

That was last Monday, as shown by records I have herniated disk in my back and have been prescribed injection treatments to relieve the constant pain I am in. Tx.Tech is well aware of this but They refuse to do the proper paper work for me to recieve this treatment, instead they keep having UNIT CLASSIFICATIONS assist them in retaliating against me by trying to FORCE me to work past the phsycal capabilities, in retaliatiom for participating in the grievance system, and following the PLRA guidelines by notifying through the grievance process. This is the 3rd time this has happened and appears to be TX.TECH EMPLOYEES-M.O. The previous greivance was for lack of medival /criminal charges. Under the American Disability Act it is not whether you have a current diagnoses but if you were ever diagnosed and to what extent it affects your daily life activities Please review past HSM-18 records you will see that I had no nstanding/no repetitive use of hands=carpal tunnel/ no bending at the waiste or knees/ and through Eastridges own admission upon past grievances I will never be pain free. Which is why I am filing LAWSUIT/CRIMINAL charges of assault/retaliation, how can anyone say you will never be pain free if they do not give you the treatment the "SPECIALIST-NEUROLOGIST,Dr, Trammel" has prescribed, or if they do not change the medication you are on because what you take is more price efficient on TX,TECH, It becomes evident this is the case for many on the Allred Unit. Being stockholders per 28 USC 1401/3101 ,"WE" have the right to cause a "BOND INCREASE"per the 28 USC's per the UNITED STATES CONSTITUTION art.1,no law to abridge a contract.Per 18 USC 1071,IT IS ILLEGAL TO CONCEAL ANY PERSON FROM PROSECUTION.

I-127 Front (Revised 11-2010)          YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM          (OVER)

Appendix F

IT is further illegal to conceal any asset(s) per 18 USC 1032.Thus this notif-
ication to the wardens About the retaliation/forced to work or recieve disciplin
ary cases causing 'me' to recieve disciplinaries that affect line classes,and
forced labor under the A.D.A discrimination statutes establishes a Deliberate
Indireference to serious medical needs. This record establishes that wardens/TX.
TECH EMPLOyees are all complasent in participation herein.  COPIES TO: US.ATT.
GEN./D.O.I./US MARSHALLS/ Private Att.'s/ Fed.Court/ and My personal records.

**Action Requested to resolve your Complaint.**

Put back on Med.SQ.3-retaliation stopped/disciplinary cases stopped-Past prescri
bed restrictions/past prescribed med,treatment enforced-outside eval.-FRCP-35

Offender Signature: _Rodney Pinson 1716419_     Date: _3-1-2022._

**Grievance Response:**

Documentation obtained from your electronic health record reflects that you were seen by the medical provider on 02/14/22 for complaints of knee pain. The provider noted mild laxation upon manipulation to your knees and ordered an x-ray. No changes were made to your work restrictions during that assessment. If you would like to have your restrictions evaluated, please submit a sick call request and you will be seen in accordance with Correctional Managed Health Care Policy A-01.1.

**Kenyon Page**
**Medical Administrator**

Signature Authority: _____     Date: **MAR 1 7 2022**

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**     *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. * .
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

Medical Signature Authority:_____

I-127 Back (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

**Appendix F**



ORIGINAL #

Exh.B # JUN 02 2021

**Texas Department of Criminal Justice**

# STEP 2    OFFENDER GRIEVANCE

Offender Name: Rodney Pinson    TDCJ# 1716419

Unit: Allred    Housing Assignment: 4 F 14 8

Unit where incident occurred: Allred

**OFFICE USE ONLY**

Grievance #: 2021101559

UGI Recd Date: MAY 11 2021

HQ Recd Date: MAY 13 2021

Date Due: 6-25-21

Grievance Code: 6060

Investigator ID#: _____

Extension Date: _____

*You must attach the completed Step 1 Grievance that has been _____ by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been ____ned unprocessed.*

Give reason for appeal (Be Specific).    *I am dissatisfied with the response at Step 1 because...*

AS Futher Evidence Per Tx. Govt. Code §501.008 The grievances Are So The Inmate CAN Identify the Proper Evidence/Persons Committing An Assault Resulting in Bodily Injury; See the Specific Language of Penal Code §1.07" Specifically - to "CAUSE ANY Bodily Impairment" Is Considered ASSAULT; Coupled with Penal Code §34.01 Theft of Service; AS Tx. Tech Regional Director/Tx. Tech Utilization Review Board Members Are PAID, Be AWARE the whole Contract Compensation, AND their Personal wages Are Subject to A writ of Attachment/Seizure By violation of 18 USC §§ 892, 884, AND AS Such This operates AS Such notice there of; AND upon this notice the Dept of Justice Contract Compliance Dept will Be ORDERED to Seize Contract Compensation To Both Tx. Tech Corporation And Said Violators Personal wages. So In Compliance with T.G.C 501.008 Please Identify Regional 5 Health Director, Utilization BOARD members, So AS That they CAN Be properly Identified to the D.o.J./ Be AWARE UNDER other Codes (Criminal Codes) of LAW there is no notice Requirement to Be Served upon

I-128 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix G

you, AND you Are Subject to Involuntary BANKruptcy For Failure to pay your Bills (grievances) As equitable Notice OF Bills Due, Note "Involuntary" meaning you have No choice, Simply ordering Performance here in Does Not Alleviate what is Due For PAST Pain / Suffering, Per LAW / this Notice.

**Offender Signature:** Rodney Pinson 1716418.         **Date:** 5-10-21.

**Grievance Response:**

A review of the medical grievance and documentation has been completed regarding your medical complaint to remove the warden, medical director, and medical unit provider from their jobs and have Gabapentin shots to your knees for pain.

According to the medical documentation you have been afforded evaluation by the medical provider on 04/29/2021 and again on 05/14/2021. You have been prescribed Meloxicam 7.5mg keep-on-person (KOP) daily and received this 05/03/2021 and the medical director discussed your lab results with you on 05/14/2021. You have also been prescribed Calcium Carbonate 500mg and may obtain this KOP at the pill window. There is no medical indication for steroid injections to your knees at this time.

All medications, treatments, and referrals are based on the clinical findings of the medical provider at the time of their assessment. While you maintain the right to refuse any services offered, you do not have the liberty to dictate what medications, treatments or appointments will be prescribed. The review of the documentation indicates you did not attempt informal resolution of your medical concerns with the medical supervisory staff. Your facility has an informal complaints process in place. If you have future medical, dental, or psychiatric-related complaints, you must first attempt resolution through this process.

STEP II MEDICAL GRIEVANCE PROGRAM
OFFICE OF PROFESSIONAL STANDARDS
TDCJ HEALTH SERVICES DIVISION

**Signature Authority:** _____         **Date:** 05/17/21

**Returned because:**     *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | **CGO Initials:** _____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ___ Screened ___ Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |
| **2nd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ___ Screened ___ Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |
| **3rd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ___ Screened ___ Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |

**I-128 Back** (Revised 11-2010)

**Appendix G**



# gdefy
by Gravity Defyer

## LIVE LIFE PAIN FREE

**PATENTED VERSOSHOCK® SOLE**
SHOCK ABSORPTION SYSTEM

**Corrective Fit Orthotic**
$50 Value Free
podiatrist-grade support
with every shoe purchase
Excludes sandals.

## Clinically Shown to Relieve Knee Pain

In a 2017 double-blind study by Olive View UCLA Medical Center.

↓ **85%** LESS KNEE PAIN

*Exhibit #*

## Enjoy the benefits of exercise with GDEFY

✓ Ultimate Comfort
✓ Renewed Energy
✓ Maximum Protection
✓ Improved Posture



**gdefy MIGHTY WALK** *$135*

X-WIDE WIDTH AVAILABLE

This product is not intended to treat, cure or prevent any disease.

**Men Sizes** 7.5-15 M/W/XW
- Gray          TB9024MGS
- Blue/Black    TB9024MLU
- Black         TB9024MBL

**Women Sizes** 6-11 M/W/XW
- Gray          TB9024FGS
- Salmon/Gray   TB9024FGP
- Purple/Black  TB9024FLP




## $20 OFF
### YOUR ORDER

Promo Code NA5JNR1
www.gdefy.com
**Expires January 31, 2022**

Free Exchanges • Free Returns
100% Satisfaction Guaranteed

### Call 1(800) 429-0039

Gravity Defyer Medical Technology Corp.
10643 Glenoaks Blvd. Pacoima, CA 91331



ACCREDITED BUSINESS
BBB Rating: A+

VersoShock® U.S Patent #US8,555,526 B2. May be eligible for Medicare reimbursement. $20 off applies to orders of $100 or more for a limited time. Cannot be combined with other offers. 9% CA sales tax applies to orders in California. Shoes must be returned within 30 days in like-new condition for full refund or exchange. Credit card authorization required. See website for complete details.

# A RETURN TO
# *Yesteryear*

## Nickel Meter Stops Overparking

OKLAHOMA CITY is cashing in on its car parking problem by charging all motorists a nickel to park for from 15 minutes up to an hour, depending on location. At each parking space on the curb is a nickel meter. When a nickel is inserted, a clock mechanism raises a red indicator for the allotted time. The traffic



In Oklahoma City, motorists pay 5 cents to park. This meter sees that all pay and no one over-parks.

policeman, on making the rounds, passes out tickets where no indicator is showing.

## 1935

On **July 16, 1935**, the world's first automatic parking meter was installed in Oklahoma City, OK. The meter, known as Park-O-Meter, was the brainchild of Carl C. Magee, who had moved to Oklahoma City from New Mexico in 1927 to start a newspaper. Magee sought to address a lack of sufficient parking spaces in the business district and came up with the idea of a coin-operated parking meter machine to address the problem that the growing city faced.



*Photo on right hand page: WAVES activities at Jacksonville, Florida. Violet Falkum, AMM, spins prop of SNJ, training plane.*

*Photographer: Victor Jorgensen*

## 1951

The beloved sitcom I Love Lucy, starring Lucille Ball & Desi Arnaz, debuted on CBS on **October 15, 1951**. The series, which aired from 1951 to 1957, was the most popular show in America for four of its six primetime seasons. The storyline centered on the lives of Lucy Ricardo and her bandleader husband Ricky, who lived on Manhattan's Upper East Side and later Connecticut. In the show, their best friends, Fred and Ethel Mertz, were former vaudevillians who were often involved in the Ricardo's shenanigans. Ricky was played by Ball's real-life husband, and the program won five Emmy Awards.

# ARTHRITIC HAND PAIN RELIEF

According to Reuters Health, hand arthritis impacts 47% of the population and there is no cure. This is a degenerative disease and for many totally debilitating. Current treatments include medications (with side effects), joint replacement surgery or injections. If you have sore, stiff hands, enlarged knuckles or pain, you may have hand arthritis.

Triumph Hand Therapy utilizes the red-light science of NASA and advanced by Harvard Medical to provide a drug free, non-invasive relief from hand pain and in many slows the advancement of the disease. When used daily Triumph guarantees to reduce hand pain, stiffness and swelling in as little as 10 days or your money back.

Each treatment session is 15 minutes per hand during which the hand is given the precise dose of dual frequency red light, soothing infrared warming and gentle vibration massage.



*" **I have my life back!** Using Triumph has given me pain free use of my hands again so I can do my gardening, canning and stitching. I'm even able to wear some of my favorite rings again."*
—Paulette, Brainerd, MN 73yr. old



**RED LIGHT THERAPY**
*(Photobiomodulation) to rejuvenate Cell Growth*

**HEAT**
*for Comfort and Pain relief*

**VIBRATION**
*to Promote Circulation and Lubricate Joints*

**FREE CARRY CASE**



# TRIUMPH
## HAND *therapy*
## 60-Day Money Back Guarantee!

## ORDER YOUR TRIUMPH TODAY!
## ONLY $299
### 218-851-6038
### www.Triumphhandtherapy.com
Use code AM8 to get **FREE** shipping & handling

Boris Johnson for days. (Johnson was even rumored to be longing for the leadership of Donald J. Trump.)

In a shocking development, the British Parliament voted to hold America's president "in contempt." Armin Laschet, German Chancellor Angela Merkel's heir-apparent, further called Afghanistan "the greatest debacle that NATO has seen since its foundation." French President Macron reportedly phoned Biden with a scathing rebuke.

For all the accusations by the media that President Trump would ruin the United States' relationships with its allies, it looks like Joe Biden may actually do it.

## 6. OUR LIBERAL ELITE IS MORE FOCUSED ON ATTACKING TRUMP SUPPORTERS THAN DEFEATING AMERICA'S ENEMIES

Preposterously, days before the collapse of Afghanistan into a terrorist-controlled hellscape, Biden's Department of Homeland Security issued a bulletin identifying vaccine skeptics and Americans concerned about election integrity as two of the leading terror threats to the United States.

When Defense Secretary Austin was confirmed, he didn't talk much about the threat from real terrorist

organizations. Instead, he promised to rid the military's ranks of "racists and extremists." Given the lack of evidence that the military has an "extremism" problem, many interpreted this as a signal of a purge of Trump supporters and conservatives from the Armed Forces.

Yet, while President Biden bears ultimate responsibility for setting priorities, there are many who share the blame with him. Congressional Democrats, instead of paying attention to America's defense posture abroad, were busy trying to use the events of January 6 as a cudgel to shame all of the 74 million Americans who voted for President Trump. As a result, they failed to provide any sort of oversight to the Biden administration, only expressing outrage at his plans once it was too late.

## 7. DESPITE THE NATIONAL SHAME BROUGHT ON BY BIDEN'S FAILED LEADERSHIP, AMERICA REMAINS STRONG

US history is in many ways a cycle of failure followed by national resurgence that leaves the country in an even stronger position than ever before. There is reason to have hope that this pattern will emerge once again now.

Most importantly, Americans of all political stripes were rightly horrified at Biden's Afghanistan catastro-

phe, suggesting that the American spirit remains strong. Biden's support, buoyed in the early months of his presidency by the media's reluctance to cover his many failures, has now taken a significant hit. Most polls currently have Biden's approval rating on Afghanistan sitting somewhere between 20 and 28 percent, almost unheard-of in today's hyper-partisan political climate. As a result, even the mainstream media have started criticizing Biden.

Additionally, thanks to President Trump's focus on rebuilding the US military, the country still has the most powerful fighting force in the world, at least when under the right leadership.

Undoubtedly, American national security has been threatened over the past several weeks by President Biden's woeful incompetence and complete lack of leadership. Recovering from this crisis may be years in the making—and it will require a change in leadership in 2022 and 2024 to accomplish it. However, taking stock of where we are now as a nation and what we have learned may just provide some guidance as to how to restore America's place of prestige among the nations of the world and in the hearts of her own citizens.★

**Shane Harris**



Rodney Pinson 1716449
2101 EM 369 N  1942-32
Iowa Park, Tx. 76367.

U.S. MAGISTRATE JUDGE

HAL RAY JR.

1000 LAMAR St., ROOM 214

WICHITA FALLS, TX. 76307-8445.

NAME _____
1ST NOTICE 6-11
2ND NOTICE _____
RETURN _____